**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
  amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Sarah Zone, Inc.** |

| | |
|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) |

20-1758408

| | |
|---|---|
| **4.** | **Debtor's address** |

**Principal place of business**

**655 E. 30th Street**
**Los Angeles, CA 90011**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | |
|---|---|
| **5.** | **Debtor's website** (URL) |

| | |
|---|---|
| **6.** | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Sarah Zone, Inc.**_____   Case number (*if known*)_____
Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___4243___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**   ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

Debtor    **Sarah Zone, Inc.**                                                    Case number (*if known*) _____
　　　　Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

■ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Sarah Zone, Inc.** | Case number (if known) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 17, 2018**
                MM / DD / YYYY

X _____          **Tae Hyun Yoo**
Signature of authorized representative of debtor      Printed name

Title    **President**

**18. Signature of attorney**

X _____          Date **September 17, 2018**
Signature of attorney for debtor                    MM / DD / YYYY

**Juliet Y. Oh 211414**
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**      Email address    JYO@LNBYB.com

**211414 CA**
Bar number and State

## CERTIFICATE OF SARAH ZONE, INC.
## A CALIFORNIA CORPORATION
## AUTHORIZING FILING OF PETITION UNDER
## CHAPTER 11 OF THE BANKRUPTCY CODE

I, Tae Hyun Yoo, hereby certify as follows:

1.      I am the President of Sarah Zone, Inc. (the "Company").

2.      At a special meeting of the Company's directors, the following resolutions

were duly enacted, and the same remain in full force and effect, without modification, as

of the date hereof:

> RESOLVED, that Taehyun Yoo or his designee ("Responsible Party") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code;

> FURTHER RESOLVED, that Responsible Party is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Responsible Party is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Responsible Party deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;

> **FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes

of, among other things, representing the Company in its Chapter 11 case.

Dated: August __, 2018

SARAH ZONE, INC.

By: _____
        Tae Hyun Yoo
        Its:  President

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Sarah Zone, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☑    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☑    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☑    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☑    *Schedule H: Codebtors (Official Form 206H)*
☑    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    Amended *Schedule*
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 17, 2018     X 
                                    Signature of individual signing on behalf of debtor

                                    **Tae Hyun Yoo**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Sarah Zone, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zenobia 1100 S. San Pedro St.#A-4 Los Angeles, CA 90015** | | **Vendor** | | | | **$137,524.87** |
| **Wax Jean ( Blue Dot Usa, Inc) 1016 S. Towne #102 Los Angeles, CA 90015** | | **Vendor** | | | | **$127,145.75** |
| **The Vintage Shop 1015 S Crocker St #R14 Los Angeles, CA 90021** | | **Vendor** | | | | **$104,182.50** |
| **M.I.T.I 1100 S. San Pedro Street #A-4 Los Angeles, CA 90015** | | **Vendor** | | | | **$88,201.00** |
| **Sole Mio 1100 S. San Pedro St.#I-4 Los Angeles, CA 90015** | | **Vendor** | | | | **$84,885.50** |
| **Blue Leopard 807 E. 12th St. Ste 116 Los Angeles, CA 90021** | | **Vendor** | | | | **$84,459.75** |
| **Capacity.Com 727 S. Ardmore Ave #214 Los Angeles, CA 90005** | | **Vendor** | | | | **$84,410.95** |

| Debtor | **Sarah Zone, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Entry** 766 E 12th Street, #C Los Angeles, CA 90021 | | **Vendor** | | | | $77,857.00 |
| **Cello Jeans (Hidden Jeans, Inc.)** c/o Prime Business Credit, Inc. 1055 W. 7th Street, Suite 2200 Los Angeles, CA 90017 | | **Vendor** | | | | $75,848.50 |
| **Vestiti Couture** 3257 E 26th St. Vernon, CA 90058 | | **Vendor** | | | | $69,931.75 |
| **Must Have Inc.** 1016 Towne Ave #122 Los Angeles, CA 90021 | | **Vendor** | | | | $66,320.87 |
| **Wells Fargo Bank** P.O. Box 29482 Phoenix, AZ 85038-8650 | | **Credit Card** | | | | $64,910.01 |
| **American Express** Box 0001 Los Angeles, CA 90096-8000 | | **Credit Card** | | | | $60,377.98 |
| **Chase** P.O. Box 6294 Carol Stream, IL 60197-6294 | | **Credit Card** | | | | $57,589.68 |
| **Silvergate** 1100 S. San Pedro St. #G-2 Los Angeles, CA 90015 | | **Vendor** | | | | $56,817.00 |
| **Blue Blush** 1175 Crocker St. Los Angeles, CA 90021 | | **Vendor** | | | | $56,330.25 |
| **Glocul Enterprise Inc.** c/o Hana Commerical Finance, Inc. Dept. LA 24406 Pasadena, CA 91185-4406 | | **Vendor** | | | | $55,444.50 |

Debtor   **Sarah Zone, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Teenbell**<br>**1100 S.  San Pedro**<br>**St. N-2**<br>**Los Angeles, CA**<br>**90015** | | **Vendor** | | | | **$53,531.50** |
| **Style Melody, Inc.**<br>**c/o Finance One**<br>**801 S. Grand**<br>**Avenue, Suite 1000**<br>**Los Angeles, CA**<br>**90017** | | **Vendor** | | | | **$52,762.65** |
| **Xtaren**<br>**1126 S. Crocker St.**<br>**Los Angeles, CA**<br>**90021** | | **Vendor** | | | | **$50,418.50** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California - Los Angeles Division

In re    __Sarah Zone, Inc.__

Debtor(s)

Case No.

Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Yoo, Tae Hyun<br>2 Packsaddle Road East<br>Rolling Hills, CA 90274 | Common | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   __September 17, 2018__

Signature

Tae Hyun Yoo

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  __Los Angeles_____ , California.

Date:  __September 17, 2018_____

Tae Hyun Yoo
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name     **Sarah Zone, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...............................................................................    $      **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $      **3,833,130.65**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................    $      **3,833,130.65**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      **3,488,974.93**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................    $      **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **3,812,880.50**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b    $      **7,301,855.43**

**Fill in this information to identify the case:**

Debtor name   **Sarah Zone, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank account (general operating)** **Open Bank** **Los Angeles, California** | Checking | 4518 | $5,000.00 |
| 3.2. | **Bank account (payroll)** **Open Bank** **Los Angeles, California** | Checking | 4625 | $10.00 |
| 3.3. | **Bank account (general operating)** **Wells Fargo Bank** **Los Angeles, California** | Checking | 6170 | $200.00 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$5,210.00

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

Debtor    **Sarah Zone, Inc.**                                    Case number *(If known)* _____
          Name

- [ ] No.  Go to Part 4.
- [x] Yes Fill in the information below.

| 11. | Accounts receivable | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | **3,650,000.00** - | **0.00** = .... | **$3,650,000.00** |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | Total of Part 3. | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$3,650,000.00** |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

- [x] No.  Go to Part 5.
- [ ] Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- [ ] No.  Go to Part 6.
- [x] Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** | | | | |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale Inventory (clothing, shoes, accessories, cosmetics)** | | **Unknown** | Recent cost | **$35,230.65** |
| **22.    Other inventory or supplies** | | | | |

| 23. | Total of Part 5. | |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | **$35,230.65** |

**24.    Is any of the property listed in Part 5 perishable?**
- [x] No
- [ ] Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- [x] No
- [ ] Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- [x] No
- [ ] Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- [x] No.  Go to Part 7.
- [ ] Yes Fill in the information below.

| Debtor | **Sarah Zone, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office equipment, furniture and fixtures | Unknown | Liquidation | $53,690.00 |
|     1 Sharp MX-503N copier (leased) | Unknown | N/A | Unknown |
|     1 Sharp MX-5001N copier (leased) | Unknown | N/A | Unknown |
|     1 SL-X4250LX Samsung Color MFP copier (leased) | Unknown | N/A | Unknown |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $53,690.00 |
|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 8:**     **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2018 Infiniti QX60 SUV (VIN 5N1DL0MN4JC504058) (leased)** | Unknown | Comparable sale | Unknown |
| 47.2.   **2016 Toyota Sienna LE (VIN 5TDKK3DC1GS755397)** | Unknown | Comparable sale | $18,000.00 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Sarah Zone, Inc.**
Name
Case number *(If known)*

| | | | | |
|---|---|---|---|---|
| 47.3. | **2016 Nissan NV 2500 Cargo Van (VIN 1N6BF0LY5GN814907)** | Unknown | Comparable sale | $20,000.00 |
| 47.4. | **2018 Lexus GX (VIN JTJBM7FXXJ5193382)** | Unknown | Comparable sale | $45,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Toyota Forklift Truck - Model 7FGCU25** | Unknown | Comparable sale | $6,000.00 |

51. **Total of Part 8.**

$89,000.00

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

Debtor leases commercial real property located at 655 E. 30th Street, Los Angeles, California 90011 - see Schedule G.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Customer list** | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 4

Debtor    **Sarah Zone, Inc.**                                     Case number *(If known)* _____
         Name

66.    **Total of Part 10.**                                                          | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ☑ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☑ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **Sarah Zone, Inc.**                                    Case number *(If known)*
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,210.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,650,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $35,230.65 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $53,690.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $89,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,833,130.65 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,833,130.65 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Sarah Zone, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **De Lage Landen Financial Services**<br>Creditor's Name<br><br>**Lease Processing Center**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/07/2015**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**1 Sharp MX-503N copier (leased)**<br><br><br><br>Describe the lien<br>**Equipment Lease**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$0.00** | **Unknown** |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **De Lage Landen Financial Services**<br>Creditor's Name<br><br>**Lease Processing Center**<br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/29/2015** | Describe debtor's property that is subject to a lien<br>**1 Sharp MX-5001N copier (leased)**<br><br><br><br>Describe the lien<br>**Equipment Lease**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **Unknown** |

Debtor    **Sarah Zone, Inc.**                                    Case number (if know) _____
Name

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Infiniti Financial Services** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 740596**
**Cincinnati, OH 45274-0596**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2018 Infiniti QX60 SUV (VIN 5N1DL0MN4JC504058) (leased)**

**Describe the lien**
**Auto Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/23/2018**
Last 4 digits of account number
**6929**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Lee, Chong Taek** | Describe debtor's property that is subject to a lien | $10,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**17021 S. Western Avenue, Apt. #61**
**Gardena, CA 90274**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Substantially all assets of the Debtor.**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/07/2018**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Nissan Motor Acceptance Corporation** | Describe debtor's property that is subject to a lien | $11,706.30 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 742658**
**Cincinnati, OH 45274-2658**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2016 Nissan NV 2500 Cargo Van (VIN 1N6BF0LY5GN814907)**

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 5

Debtor **Sarah Zone, Inc.**
Name

Case number *(if know)* _____

**Auto Purchase Financing**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/11/2016**

**Last 4 digits of account number**
**0001**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Open Bank** | Describe debtor's property that is subject to a lien | $1,500,000.00 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name
**1000 Wilshire Blvd., Suite 100**
**Los Angeles, CA 90017**
Creditor's mailing address

**Substantially all assets of the Debtor.**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/06/2017**

**Last 4 digits of account number**
**0703**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Open Bank** | Describe debtor's property that is subject to a lien | $1,600,000.00 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name
**1000 Wilshire Blvd., Suite 100**
**Los Angeles, CA 90017**
Creditor's mailing address

**Substantially all assets of the Debtor.**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/23/2016**

**Last 4 digits of account number**
**0288**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 5

| Debtor | **Sarah Zone, Inc.** | Case number *(if know)* |
|---|---|---|
| | Name | |

---

| 2.8 | **Toyota Financial Services** | Describe debtor's property that is subject to a lien | $17,268.63 | $18,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5855**
**Carol Stream, IL**
**60197-5855**

**2016 Toyota Sienna LE (VIN**
**5TDKK3DC1GS755397)**

Creditor's mailing address

Describe the lien
**Auto Purchase Financing**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

☐ No

**9/06/2016**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**2566**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Xerox Financial Services LLC** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**45 Glover Avenue**
**Norwalk, CT 06856**

**1 SL-X4250LX Samsung Color MFP copier**
**(leased)**

Creditor's mailing address

Describe the lien
**Equipment Lease**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

☑ No

**12/05/2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.10 | **Yoo, Tae Hyun and Susan** | Describe debtor's property that is subject to a lien | $350,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**2 Packsaddle Road East**
**Rolling Hills, CA 90274**

**Substantially all assets of the Debtor.**

Creditor's mailing address

Describe the lien
**Security Interest**

Is the creditor an insider or related party?

☐ No

Creditor's email address, if known

☑ Yes

Is anyone else liable on this claim?

Date debt was incurred

☑ No

**6/29/2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 4 of 5 |
|---|---|---|

Debtor    **Sarah Zone, Inc.**
   Name

Case number (if know) _____

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,488,974.93

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 5 of 5

**Fill in this information to identify the case:**

Debtor name   **Sarah Zone, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                               12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Employment Development
Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Sarah Zone, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
**P.O. Box 54110**
**Los Angeles, CA 90054-0110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**State Board of Equalization**
**Account Information Group, MIC:**
**29**
**P.O. Box 942879**
**Sacramento, CA 94279-0029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notification Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,297.00** |
|---|---|---|---|

**2 Hearts**
**1015 S. Crocker St. #R36**
**Los Angeles, CA 90021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$663.00** |
|---|---|---|---|

**2V Apparel, Inc.**
**1322 E 18th Street**
**Los Angeles, CA 90021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sarah Zone, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,223.00** |
|---|---|---|---|

**4S Trading Inc. Dba Dogma**
**1100 S. San Pedro St. L-3**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,802.50** |
|---|---|---|---|

**A Ellen**
**807 E 12th St, #118**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,557.25** |
|---|---|---|---|

**A3 Design**
**1015 Crocker Street**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,252.25** |
|---|---|---|---|

**Adora By Color Swatch**
**1015 S. Crocker St. Q26A**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,915.50** |
|---|---|---|---|

**Amante Clothing, Inc.**
**1015 Crocker St. #R45**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,061.37** |
|---|---|---|---|

**Ambiance Apparel**
**930 Towne Ave.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,041.25** |
|---|---|---|---|

**Amen Trading**
**3183 Bandini Blvd.**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Sarah Zone, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,056.00**

**American Bazi(Reve Co.)**
**807 E. 12th St. #107**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,668.32**

**American Express**
**Box 0001**
**Los Angeles, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1003**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,222.29**

**American Express**
**Box 0001**
**Los Angeles, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1008**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,377.98**

**American Express**
**Box 0001**
**Los Angeles, CA 90096-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **3003**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,753.75**

**Annes Apparel**
**1015 S Crocker St R41**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$688.00**

**Apink Collection, Inc**
**2 Haven Ave**
**Suite #216**
**Port Washington, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,566.00**

**April**
**1100 S. San Pedro St. #I-3**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Sarah Zone, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,660.25 |
|---|---|---|---|

**Aria Clothing**
**942 Town Ave # 107**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,419.00 |
|---|---|---|---|

**Bagel**
**921.S Crocker St#18**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,947.66 |
|---|---|---|---|

**Be Cool**
**1200 San Pedro Street**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,123.45 |
|---|---|---|---|

**Be Mine, Inc.**
**c/o Euler Hermes Collections**
**800 Red Brook Blvd., Suite 400 C**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0326**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,576.50 |
|---|---|---|---|

**Bear Dance**
**c/o Asiana Capital, Inc.**
**P.O. Box 80216**
**City of Industry, CA 91716-8216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,375.00 |
|---|---|---|---|

**Best Cody**
**1015 S. Crocker St. #S11**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,134.15 |
|---|---|---|---|

**Bestline**
**3510 S. Central Ave.**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Sarah Zone, Inc.**                                    Case number _(if known)_ _____
     Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $49,683.50 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Better Be**
**c/o Asiana Capital, Inc.**
**P.O. Box 80216**
**City Of Industry, CA 91716-8216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $50,015.50 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Bien Bien**
**754 E Pico Blvd**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $6,619.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Blanc**
**1013 Crocker St. #4**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,585.70 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Blossom Footwear**
**c/o Asiana Capital, Inc.**
**P.O. Box 80216**
**City of Industry, CA 91716-8216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $56,330.25 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Blue Blush**
**1175 Crocker St.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $84,459.75 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Blue Leopard**
**807 E. 12th St. Ste 116**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,016.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Blue Mint**
**1105 Towne Ave Suite #4**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Sarah Zone, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Blue Republic (Gmf)**
**1113 S San Pedro St,**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$36,498.85**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Blue S**
**1100 S. San Pedro St. #H4,**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$26,990.25**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Blush**
**1015 Crocker St #5-08**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$9,753.75**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**Bottlette**
**747 E 10th St #114**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$18,941.50**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**Bubble B**
**1015 Crocker Street, #S-12**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$6,261.50**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**C.O.C.**
**1019 S. San Julian St.**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$7,088.50**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**Cala Products**
**3121 S. Main St.**
**Los Angeles, CA 90007**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$5,214.60**

---

| Debtor | **Sarah Zone, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.38** | Nonpriority creditor's name and mailing address | | **$9,160.00**

**Cals Collection**
**1027 Towne Avenue**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | | **$84,410.95**

**Capacity.Com**
**727 S. Ardmore Ave #214**
**Los Angeles, CA 90005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | | **$11,987.16**

**Catena Design**
**94 Bergen Turnpike**
**Little Ferry, NJ 07643**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | | **$75,848.50**

**Cello Jeans (Hidden Jeans, Inc.)**
**c/o Prime Business Credit, Inc.**
**1055 W. 7th Street, Suite 2200**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | | **$28,702.32**

**Chase**
**P.O. Box 6294**
**Carol Stream, IL 60197-6297**

Date(s) debt was incurred _

Last 4 digits of account number  **8035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | | **$25,708.80**

**Chase**
**P.O. Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred _

Last 4 digits of account number  **5183**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | | **$57,589.68**

**Chase**
**P.O. Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred _

Last 4 digits of account number  **2933**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sarah Zone, Inc. | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,038.25** |
|---|---|---|---|

**Cherish**
**1016 Towne Avenue, #103**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,039.50** |
|---|---|---|---|

**Cherry Mellow Inc.**
**777 E. 12th St Unit I-6**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,573.00** |
|---|---|---|---|

**Ciel Collection**
**415 Madision Ave Rm# 1439**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,089.00** |
|---|---|---|---|

**Cleo Apparel**
**1015 S. Crocket St. #P01**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,982.00** |
|---|---|---|---|

**Common Crush**
**1100 San Pedro St #H02**
**Los Angeles, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,868.15** |
|---|---|---|---|

**Cozy Casual, Inc.**
**800 E. 12th St., Ste #146**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,174.40** |
|---|---|---|---|

**CS Inc**
**9820 Bell Ranch Dr., Suite 101**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Sarah Zone, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,789.70** |
|---|---|---|---|

**Daisy**
**1100 S. San Pedro St. # E-1**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,114.00** |
|---|---|---|---|

**Dance & Marvel**
**1015 Crocker St #Q2**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,745.00** |
|---|---|---|---|

**Day & Night**
**1013 Crocker St #2**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,062.90** |
|---|---|---|---|

**Debut**
**c/o Prime Business Credit, Inc.**
**1055 W. 7th Street, Suite 2200**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,500.00** |
|---|---|---|---|

**DNA Couture, Inc.**
**c/o Hana Commerical Finance, Inc.**
**Dept. LA 24406**
**Pasadena, CA 91185-4406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,769.50** |
|---|---|---|---|

**DND Fashion Inc**
**P.O. Box 1036**
**Charlotte, NC 28201-1036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,028.50** |
|---|---|---|---|

**Dream Plus Trading**
**1435 51st St. #5-3**
**North Bergen, NJ 07047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Sarah Zone, Inc.** |
| | Name |

Case number *(if known)* _____

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,980.00**

**Duelle Fashion, Inc.**
c/o New Commercial Capital, Inc.
P.O. Box 847172
Los Angeles, CA 90084-7172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,108.25**

**Enjean**
1001 Towne Ave., #105
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,857.00**

**Entry**
766 E 12th Street, #C
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,621.00**

**Essue**
1100S.San Pedro St. #B7
Losangeles, CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,415.00**

**Eunina**
1100 S. San Pedro St. #J-9,
Los Angeles, CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,686.00**

**Event**
800 E 12th St #107
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,597.19**

**Fame Accesories**
948 Crocker St. Suite 6
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sarah Zone, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,392.00 |
|---|---|---|---|

**Fashion 21**
**1300 S San Pedro St #127**
**Los Angeles, CA 90015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,474.50 |
|---|---|---|---|

**Fashion Cargo**
**807 E. 12th Street, #141**
**Los Angeles, CA 90021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,390.00 |
|---|---|---|---|

**Fashion Collection**
**2458 E. 28th Street**
**Vernon, CA 90058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,593.75 |
|---|---|---|---|

**Fashion Magazine, Inc. (Art)**
**1100 S. San Pedro St. D-1**
**Los Angeles, CA 90015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,406.00 |
|---|---|---|---|

**Fashion Queen Mania**
**807 E 12th St #145**
**Los Angeles, CA 90021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,022.00 |
|---|---|---|---|

**Fe Forever Inc.**
**1200 S. San Pedro Street #102**
**Los Angeles, CA 90015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,313.00 |
|---|---|---|---|

**Find Me Plus**
**807 E. 12th St. Suite 140**
**Los Angeles, CA 90021**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sarah Zone, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,685.00** |
|---|---|---|---|

**Fornia**
**1015 S. Crocker St. # S-20**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,072.30** |
|---|---|---|---|

**Fortune Dynamic**
**21923 Ferrero Pkwy.**
**City Of Industry, CA 91789**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,569.50** |
|---|---|---|---|

**French Kiss**
**807 E 12th Street #144**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,816.25** |
|---|---|---|---|

**Ganji**
**1100 S San Pedro St # N06**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,616.00** |
|---|---|---|---|

**GGC Accessory (Princess Accessories)**
**3100 Bandini Blvd**
**Vernon, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,444.50** |
|---|---|---|---|

**Glocul Enterprise Inc.**
**c/o Hana Commerical Finance, Inc.**
**Dept. LA 24406**
**Pasadena, CA 91185-4406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,052.00** |
|---|---|---|---|

**Good Morning Jewelry Corp**
**45-47 W 29th St Suite 201**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sarah Zone, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $811.75 |
|---|---|---|---|

**Hammer Collection**
**1100 S. San Pedro St #J 11,12**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,510.50 |
|---|---|---|---|

**Handbag Republic**
**18301 Arenth Ave.**
**City Of Industry, CA 91748**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,570.25 |
|---|---|---|---|

**Haute Fox**
**800 E. 12th St. #119**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,755.30 |
|---|---|---|---|

**Heart & Hips**
**Dept LA 24406**
**Pasadena, CA 91185-4406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,618.00 |
|---|---|---|---|

**Hera Collection, Inc**
**1013 Crocker St. #2**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,140.50 |
|---|---|---|---|

**Hot & Delicious**
**1015 S. Crocker St. #Q-9**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Illuma Fashion, Inc**
**1141S Boyle Ave., Unit 201**
**Los Angeles, CA 90023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Sarah Zone, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,552.33 |
|---|---|---|---|

**Ilys Fashion LLC**
**150 E. Jefferson Blvd**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,549.30 |
|---|---|---|---|

**Insider Jeans**
**6101 S. Santa Fe Ave**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,601.00 |
|---|---|---|---|

**Instinct Over Reason**
**1901 E 55th St**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $869.75 |
|---|---|---|---|

**Intouch**
**17900 Ajax Circle**
**City Of Industry, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,052.25 |
|---|---|---|---|

**Itsme Jean, Inc.**
**1100 S. San Pedro St. #L-1**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,363.51 |
|---|---|---|---|

**Ivy Enterprise, Inc**
**5564E 61 St Street**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,228.00 |
|---|---|---|---|

**J Lash**
**10532 Acacia Street Suite B8-B10**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Sarah Zone, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.94** | Nonpriority creditor's name and mailing address

**Janette Plus**
**1100 S. San Pedro St.#N-6**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,457.75**

---

**3.95** | Nonpriority creditor's name and mailing address

**JC & JQ Inc.**
**1100 S. San Pedro St. #K-6**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$7,029.50**

---

**3.96** | Nonpriority creditor's name and mailing address

**Jella C**
**1100 S San Pedro St Suite A-11**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,679.50**

---

**3.97** | Nonpriority creditor's name and mailing address

**Jennifer & Company Accessories**
**15 Salem Street**
**Hackensack, NJ 07601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,751.16**

---

**3.98** | Nonpriority creditor's name and mailing address

**Jinhwa Trading Inc**
**1615 S Los Angeles St**
**Los Angeles, CA 90015**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$855.00**

---

**3.99** | Nonpriority creditor's name and mailing address

**JJS Boutique Inc dba Cien**
**c/o Prime Business Credit, Inc.**
**1055 W. 7th Street, Suite 2200**
**Los Angeles, CA 90017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,865.00**

---

**3.100** | Nonpriority creditor's name and mailing address

**Joia Trading Inc.**
**1020 S. Crocker Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$44,594.75**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Sarah Zone, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,812.00**

**Jolie Inc.**
**1100 S San Pedro Street, #D3**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,059.35**

**JW Signature**
**933 Towne Ave. #103,**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,300.50**

**Kasina**
**7807 Telegraph Rd., Suite F**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,761.55**

**KC Exclusive, Inc. Dba Zenana**
**1100 S. San Pedro St., #M10**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,432.25**

**Kimcine**
**1188 S. San Pedro St. #U**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,226.50**

**Kimcine Curve**
**1188 S. San Pedro St. Unit# V**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,404.50**

**Kona Collection**
**424 E. 15th St Suite7**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sarah Zone, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,837.50** |
|---|---|---|---|
| | **Labijou (Apparel Ave)** <br> **Dba Labijiou** <br> **1168 Crocker St.** <br> **Los Angeles, CA 90021** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,007.00** |
|---|---|---|---|
| | **Le Miel Group** <br> **3260 Pomona Blvd** <br> **Pomona, CA 91768** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,502.00** |
|---|---|---|---|
| | **Legend Footwear, Inc.** <br> **19445 E. Walnut Dr. North** <br> **City Of Industry, CA 91789** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,120.00** |
|---|---|---|---|
| | **Let's Go Apparel, Inc. dba Uptown** <br> **747 E. 10th Street #113** <br> **Los Angeles, CA 90021** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  **7/23/2018** | Basis for the claim:  **Litigation claim (collections)** | |
| | Last 4 digits of account number  **8200** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,746.00** |
|---|---|---|---|
| | **Let's Go Apparel, Inc. dba Uptown** <br> **747 E. 10th Street #113** <br> **Los Angeles, CA 90021** | ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred  **7/23/2018** | Basis for the claim:  **Litigation claim (collections)** | |
| | Last 4 digits of account number  **8195** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$740.25** |
|---|---|---|---|
| | **Love Encounter** <br> **1016 Towne Avenue Unit# 106** <br> **Los Angeles, CA 90021** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,103.00** |
|---|---|---|---|
| | **Love Vintage Inc.** <br> **3435 S Broadway St. Unit #A** <br> **Los Angeles, CA 90007** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Sarah Zone, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115**

**Nonpriority creditor's name and mailing address**
**Loveriche**
**1015 S. Crocker St. #Q-12**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$4,478.00**

---

**3.116**

**Nonpriority creditor's name and mailing address**
**Lumiere**
**1200 S. San Pedro St. #101**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$13,374.75**

---

**3.117**

**Nonpriority creditor's name and mailing address**
**Lydia Usa Inc.**
**1100 S. San Pedro St #E-3**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$7,033.50**

---

**3.118**

**Nonpriority creditor's name and mailing address**
**M.I.T.I**
**1100 S. San Pedro Street #A-4**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$88,201.00**

---

**3.119**

**Nonpriority creditor's name and mailing address**
**Machine Jeans**
**1015 Crocker St., Ste # R-26**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$43,241.50**

---

**3.120**

**Nonpriority creditor's name and mailing address**
**Main Strip Apparel**
**110S. San Pedro St. Ste J04**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$8,125.75**

---

**3.121**

**Nonpriority creditor's name and mailing address**
**Mak**
**1001 S. Crocker St #2**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$3,131.50**

---

| Debtor | **Sarah Zone, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.122**

**Nonpriority creditor's name and mailing address**

**Mango Usa**
**807 E. 12th St #143**
**Los Angeles, CA 90021**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$2,132.00**

---

**3.123**

**Nonpriority creditor's name and mailing address**

**Many Many**
**777 E. 10 th St #109**
**Los Angeles, CA 90021**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$49,211.00**

---

**3.124**

**Nonpriority creditor's name and mailing address**

**Marzo Ny Inc**
**105 South River Street**
**Hackensack, NJ 07601**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,703.50**

---

**3.125**

**Nonpriority creditor's name and mailing address**

**May Pink**
**1146 S Crocker St**
**Los Angeles, CA 90021**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,466.00**

---

**3.126**

**Nonpriority creditor's name and mailing address**

**Mebon**
**1001 Towne Ave #115**
**Los Angeles, CA 90021**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$6,428.50**

---

**3.127**

**Nonpriority creditor's name and mailing address**

**Mezzanine Usa (Style Biz)**
**P.O. Box 741084**
**Los Angeles, CA 90074-1084**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$9,458.50**

---

**3.128**

**Nonpriority creditor's name and mailing address**

**Mika**
**29 West 30th Street 7Th Fl**
**New York, NY 10001**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$8,414.50**

---

Debtor  **Sarah Zone, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$30,106.75** |

| | |
|---|---|
| 3.129 **Nonpriority creditor's name and mailing address**<br>**Miley & Molly**<br>**1100 S. San Pedro St. #A-6**<br>**Los Angeles, CA 90015**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._      **$30,106.75**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.130 **Nonpriority creditor's name and mailing address**<br>**Minky Trading**<br>**2319 E. 37th St.**<br>**Vernon, CA 90058**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._      **$9,954.07**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.131 **Nonpriority creditor's name and mailing address**<br>**Miss Avenue**<br>**777 E.10th St. #121**<br>**Los Angeles, CA 90021**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._      **$26,960.75**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.132 **Nonpriority creditor's name and mailing address**<br>**Miss California Apparel**<br>**1100 S. San Pedro St. J-15,J-16**<br>**Los Angeles, CA 90015**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._      **$1,399.75**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.133 **Nonpriority creditor's name and mailing address**<br>**Monaco**<br>**777 E. 12th St.#1-5**<br>**Los Angeles, CA 90021**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._      **$29,950.50**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.134 **Nonpriority creditor's name and mailing address**<br>**Mono B**<br>**732 E 10th St Unit 108**<br>**Los Angeles, CA 90021**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._      **$23,117.45**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.135 **Nonpriority creditor's name and mailing address**<br>**Must Have  Inc.**<br>**1016 Towne Ave #122**<br>**Los Angeles, CA 90021**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: _Check all that apply._      **$66,320.87**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| Debtor | **Sarah Zone, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,707.75**

**Muttle Dba Muzzanghee**
**807E. 12th St Unit#19**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,709.60**

**Nabi**
**3121 Bandini Blvd**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,514.00**

**New York Imports**
**450 Commercial Avenue**
**Palisades Park, NJ 07650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,494.60**

**No.1 Beauty & Cosmetics, Inc**
**1585 Rio Vista Ave.**
**Los Angeles, CA 90023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$493.00**

**Noble U**
**1015 Crocker Street, #R21**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,032.47**

**Open Bank**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **9423**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,141.50**

**Ovi**
**777 E 10th St. #118**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Sarah Zone, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,767.50** |
|---|---|---|---|

**Pink Berry**
**1154 S. Crocker St.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$686.97** |
|---|---|---|---|

**Pink By Ele**
**1018 Wilt Avenue**
**Ridgefield, NJ 07657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,064.75** |
|---|---|---|---|

**Pinklicious (Cherry K.)**
**807 E. 12th St. #132,**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,663.00** |
|---|---|---|---|

**Popular 21**
**747E 10th #111**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,434.25** |
|---|---|---|---|

**Primi**
**747 E. 10th St #105**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,907.35** |
|---|---|---|---|

**Reflex**
**1100 S. San Pedro St. #K-2**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Reyes, Ulises**
**C/O Ramin R. Younessi, Esq.**
**3435 Wilshire Blvd., Suite 2200**
**Los Angeles, CA 90010**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/3/2018**

Last 4 digits of account number  **0511**

Basis for the claim:  **Litigation claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sarah Zone, Inc.** | Case number (if known) | |
|---|---|---|---|

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,124.50 |
|---|---|---|---|

**RJ Imports**
**1350 S. Broadway,**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,110.50 |
|---|---|---|---|

**Rock&Rose**
**807 E. 12th St. Suite 138**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,858.20 |
|---|---|---|---|

**Rosio (PJ Trading)**
**2511 S. Alameda St**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.50 |
|---|---|---|---|

**Sanjoy**
**1100 S. San Pedro St #G3**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,377.50 |
|---|---|---|---|

**Sarang Trading Inc**
**2856 Leonis Blvd**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,359.00 |
|---|---|---|---|

**See Plus Inc**
**2300 S Eastern Ave**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,128.00 |
|---|---|---|---|

**Shark Eyes, Inc.**
**2110 E. 25th St.**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Sarah Zone, Inc.**                                       Case number *(if known)* _____
         Name

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,764.50 |
|---|---|---|---|

**Sharona Jewelry, Inc.**
**600 E. Washington Blvd #N3**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,695.50 |
|---|---|---|---|

**Shelly**
**1100 S. San Pedro St. #M-1**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,411.25 |
|---|---|---|---|

**Shoe Republic La**
**131 Brea Canyon Rd**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,817.00 |
|---|---|---|---|

**Silvergate**
**1100 S. San Pedro St. #G-2**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,899.32 |
|---|---|---|---|

**Simply You Wholesale**
**1004 Towne Ave.**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,263.25 |
|---|---|---|---|

**Sky Plus**
**1180 S. Crocker St**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,533.50 |
|---|---|---|---|

**Sneak Peek**
**c/o Hana Commerical Finance, Inc.**
**Dept. LA 24406**
**Pasadena, CA 91185-4406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sarah Zone, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,885.50** |
|---|---|---|---|

**Sole Mio**
**1100 S. San Pedro St.#I-4**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,734.25** |
|---|---|---|---|

**Special A**
**1001 S. Towne Ave #109**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,762.65** |
|---|---|---|---|

**Style Melody, Inc.**
**c/o Finance One**
**801 S. Grand Avenue, Suite 1000**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,840.50** |
|---|---|---|---|

**Style Rack, Inc.**
**933 Towne Ave. Unit 101,**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,214.00** |
|---|---|---|---|

**Super Star**
**726 E. 12th Street #110**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,531.50** |
|---|---|---|---|

**Teenbell**
**1100 S.  San Pedro St. N-2**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,042.00** |
|---|---|---|---|

**The Creme Shop**
**819 Gladys Ave**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sarah Zone, Inc.** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,289.40** |
|---|---|---|---|

**The Hanger**
**1015 S. Croccer St. #R23**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,771.25** |
|---|---|---|---|

**The Timing,Inc**
**1100 S. San Pedro St.#A-8**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,182.50** |
|---|---|---|---|

**The Vintage Shop**
**1015 S Crocker St #R14**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,851.00** |
|---|---|---|---|

**TK Jewelry Imports**
**1270 Broadway #906**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,946.75** |
|---|---|---|---|

**Toami Inc**
**66 Woodward Street**
**Roslyn Hts, NY 11577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,211.75** |
|---|---|---|---|

**Tres Bien**
**1016 Towne Ave. #113**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,605.50** |
|---|---|---|---|

**Trinity Tribe**
**1015 Crocker Street, #Q17**
**Los Angeles, CA 90021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Sarah Zone, Inc.** |
| | Case number *(if known)* |

---

**3.178**

**Nonpriority creditor's name and mailing address**

**Uni Hosiery Co Inc**
**1911 E. Olympic Blvd.**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,973.02**

---

**3.179**

**Nonpriority creditor's name and mailing address**

**US Bank**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

Date(s) debt was incurred _

Last 4 digits of account number  __7191__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Credit Card__

Is the claim subject to offset? ■ No  ☐ Yes

**$14,113.50**

---

**3.180**

**Nonpriority creditor's name and mailing address**

**US Bank**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

Date(s) debt was incurred _

Last 4 digits of account number  __9609__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Credit Card__

Is the claim subject to offset? ■ No  ☐ Yes

**$280.81**

---

**3.181**

**Nonpriority creditor's name and mailing address**

**Verty**
**777 E. 12th St., #1-13**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$275.00**

---

**3.182**

**Nonpriority creditor's name and mailing address**

**Vervet**
**6048 Triangle Dr.**
**Commerce, CA 90040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,236.00**

---

**3.183**

**Nonpriority creditor's name and mailing address**

**Vestiti Couture**
**3257 E 26th St.**
**Vernon, CA 90058**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$69,931.75**

---

**3.184**

**Nonpriority creditor's name and mailing address**

**Vision**
**721 E. 10th Street**
**Los Angeles, CA 90021**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,762.60**

---

| Debtor | **Sarah Zone, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.185** | Nonpriority creditor's name and mailing address

**Vizio**
**1188 San Pedro Street**
**Los Angeles, CA 90015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$9,092.75**

---

**3.186** | Nonpriority creditor's name and mailing address

**Wax Jean ( Blue Dot Usa, Inc)**
**1016 S. Towne #102**
**Los Angeles, CA 90015**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$127,145.75**

---

**3.187** | Nonpriority creditor's name and mailing address

**Wells Fargo Bank**
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**

Date(s) debt was incurred __

Last 4 digits of account number  **7035**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$64,910.01**

---

**3.188** | Nonpriority creditor's name and mailing address

**Win Win Apparel**
**807 E. 12th St. #146**
**Los Angeles, CA 90021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$50,281.50**

---

**3.189** | Nonpriority creditor's name and mailing address

**Xtaren**
**1126 S. Crocker St.**
**Los Angeles, CA 90021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$50,418.50**

---

**3.190** | Nonpriority creditor's name and mailing address

**Yelete Group**
**5835 E. 61 Street**
**Commerce, CA 90040**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,686.60**

---

**3.191** | Nonpriority creditor's name and mailing address

**Yes Sales Inc**
**c/o Hana Commerical Finance, Inc.**
**Dept. LA 24406**
**Pasadena, CA 91185-4406**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$7,259.92**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com |

| Debtor | **Sarah Zone, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,309.80** |
|---|---|---|---|

**YPM Industry**
**1228 1/2 S San Pedro**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$137,524.87** |
|---|---|---|---|

**Zenobia**
**1100 S. San Pedro St.#A-4**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,812,880.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,812,880.50 |

**Fill in this information to identify the case:**

Debtor name   **Sarah Zone, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated October 7, 2015 for 1 Sharp MX-503N copier.** **- Lease payment: $283.40 per month** **- Lease term:  63 months** | |
| State the term remaining | **28 months** | **De Lage Landen Financial Services** **Lease Processing Center** **1111 Old Eagle School Road** **Wayne, PA 19087** |
| List the contract number of any government contract | | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated July 29, 2015 for 1 Sharp MX-5001N copier.** **- Lease payment: $130.80 per month** **- Lease term:  60 months** | |
| State the term remaining | **23 months** | **De Lage Landen Financial Services** **Lease Processing Center** **1111 Old Eagle School Road** **Wayne, PA 19087** |
| List the contract number of any government contract | | |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease for 2018 Infiniti QX60 SUV (VIN 5N1DL0MN4JC504058)** **- Lease payment: $535.98 per month** **- Lease term:  39 months** | |
| State the term remaining | **34 months** | **Infiniti Financial Services** **P.O. Box 740596** **Cincinnati, OH 45274-0596** |
| List the contract number of any government contract | | |

| Debtor 1 | **Sarah Zone, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-month lease agreement (oral) for commercial real property located at 655 E. 30th Street, Los Angeles, California 90011.**<br>**- Lease payment: $21,573.42 per month, plus insurance and property taxes** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **S & Y Central, LLC** |
| | List the contract number of any government contract | | **2901 South San Pedro Street**<br>**Los Angeles, CA 90011** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement dated December 5, 2016 for 1 SL-X4250LX Samsung Color MFP copier.**<br>**- Lease payment: $250.00 per month**<br>**- Lease term:  60 months** | |
|---|---|---|---|
| | State the term remaining | **39 months** | **Xerox Financial Services LLC** |
| | List the contract number of any government contract | | **45 Glover Avenue**<br>**Norwalk, CT 06856** |

**Fill in this information to identify the case:**

Debtor name    **Sarah Zone, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Fashion Line Image, Inc.** | **555 North West Mall, Suite 438 Houston, TX 77092** | **Open Bank** | ☑ D  **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Image Central, Inc.** | **2901 Capital of Texas Hwy, #G01A Austin, TX 78746** | **Open Bank** | ☑ D  **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Image Style, Inc.** | **3811 South Cooper Street, #1184 Arlington, TX 76015** | **Open Bank** | ☑ D  **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Image Tree, Inc.** | **16535 Southwest Fwy, #830 Sugar Land, TX 77479** | **Open Bank** | ☑ D  **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Jas Image, Inc.** | **3880 Irving Mall #E05 Irving, TX 75062** | **Open Bank** | ☑ D  **2.7** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Sarah Zone, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **S & Y Central, LLC** | 2901 South San Pedro Street<br>Los Angeles, CA 90011 | **Open Bank** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **S & Y Central, LLC** | 2901 South San Pedro Street<br>Los Angeles, CA 90011 | **Open Bank** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **The 87627, Inc.** | 655 East 30th Street<br>Los Angeles, CA 90011 | **Open Bank** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **The Image of California, Inc.** | 655 East 30th Street<br>Los Angeles, CA 90011 | **Open Bank** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Yoo, Susan** | 2 Packsaddle Road East<br>Rolling Hills, CA 90274 | **Open Bank** | ■ D ___**2.6**___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Yoo, Susan** | 2 Packsaddle Road East<br>Rolling Hills, CA 90274 | **Open Bank** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Yoo, Tae Hyun** | 2 Packsaddle Road East<br>Rolling Hills, CA 90274 | **Infiniti Financial Services** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Yoo, Tae Hyun** | 2 Packsaddle Road East<br>Rolling Hills, CA 90274 | **Toyota Financial Services** | ■ D ___**2.8**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Sarah Zone, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Yoo, Tae Hyun** | **2 Packsaddle Road East**<br>**Rolling Hills, CA 90274** | **Nissan Motor Acceptance Corporation** | ▮ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Yoo, Tae Hyun** | **2 Packsaddle Road East**<br>**Rolling Hills, CA 90274** | **Open Bank** | ▮ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Yoo, Tae Hyun** | **2 Packsaddle Road East**<br>**Rolling Hills, CA 90274** | **Open Bank** | ▮ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Sarah Zone, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$3,500,000.00** |
    | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$19,000,000.00** |
    | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$24,373,692.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

Debtor    **Sarah Zone, Inc.**                                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See SOFA Exhibit 3 attached.** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See SOFA Exhibit 4 attached.** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this **case.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Ulises Reyes v. Sarah Zone, Inc.**<br>**BC700511** | **Complaint for damages for discrimination, harassment, retaliation, wrongful termination, etc.** | **Los Angeles Superior Court - Central**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **Let's Go Apparel, Inc. vs. Sarah Zone, Inc.**<br>**18STSC08200** | **Small Claims - Collections** | **Los Angeles Superior Court**<br>**111 North Hill Street**<br>**Room 113**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Sarah Zone, Inc.** _____   Case number _(if known)_ _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Let's Go Apparel, Inc. vs. Sarah Zone, Inc.**<br>**18STSC08195** | **Small Claims - Collections** | **Los Angeles Superior Court**<br>**111 N. Hill Street**<br>**Room 113**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|
| **2016 Lexus GS350 Sedan (VIN JTHBZ1BL8GA004232)** | **Insurance payment (total loss from accident) in the sum of $13,138.68** | **12/03/2017** | **Unknown** |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Levene, Neale, Bender, Yoo & Brill**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067** | | **August 2018** | **$50,000.00** |
| Email or website address<br>**www.LNBYB.com** | | | |
| Who made the payment, if not debtor? | | | |

Debtor    **Sarah Zone, Inc.**    Case number *(if known)*

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Sarah Zone, Inc. | | Case number *(if known)* | |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Sarah Zone, Inc.**                              Case number *(if known)* _____

�■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Bae, Stephanie**<br>**Lee Bae Bitticks & Rubenstein**<br>**5455 Wilshire Blvd., Suite 901**<br>**Los Angeles, CA 90036-4276** | **2016-2018** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
        within 2 years before filing this case.

    ☐ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
        statement within 2 years before filing this case.

    ☐ None

| Name and address | |
|---|---|
| 26d.1.    **Open Bank**<br>**1000 Wilshire Blvd., Suite 100**<br>**Los Angeles, CA 90017** | |

**27. Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Sarah Zone, Inc.**                                                    Case number *(if known)*

---

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Yoo, Tae Hyun** | **2 Packsaddle Road East Rolling Hills, CA 90274** | **President, Shareholder** | **100% Shareholder** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA Exhibit 4 attached.** | | | |
| | **Relationship to debtor** | | | |
| | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor____Sarah Zone, Inc._____    Case number *(if known)*_____

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on____**September 17, 2018**

_____        **Tae Hyun Yoo**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

# SOFA Exhibit 3

# SARAH ZONE, INC.
## Bill Payments for All Vendors
### June 1 through September 4, 2018

| Name | Type | Num | Date | Amount |
|------|------|-----|------|--------|
| **Jun 1 - Sep 4, 18** | | | | |
| A ELLEN | Bill Pmt -Check | 74258 | 06/29/2018 | 4,332.50 |
| A ELLEN | Bill Pmt -Check | 74247 | 08/10/2018 | 4,996.75 |
| A ELLEN | Bill Pmt -Check | 74271 | 08/24/2018 | 4,939.25 |
| A ELLEN | Bill Pmt -Check | 74272 | 08/31/2018 | 4,819.75 |
| AMANTE CLOTHING, INC. | Bill Pmt -Check | 74257 | 06/29/2018 | 3,342.00 |
| AMEN TRADING | Bill Pmt -Check | 74246 | 06/27/2018 | 3,975.50 |
| ANNES APPAREL | Bill Pmt -CCard | | 06/08/2018 | 2,497.50 |
| ANNES APPAREL | Bill Pmt -CCard | | 07/06/2018 | 2,551.50 |
| ARIA CLOTHING | Bill Pmt -Check | 74259 | 06/29/2018 | 2,676.00 |
| ARIA CLOTHING | Bill Pmt -Check | 74252 | 08/27/2018 | 5,430.00 |
| BE COOL | Bill Pmt -CCard | | 07/06/2018 | 1,000.00 |
| BEACH JOY BIKINI | Bill Pmt -CCard | | 06/06/2018 | 3,600.00 |
| BEAR DANCE | Bill Pmt -Check | 74236 | 06/15/2018 | 5,284.50 |
| BEAR DANCE | Bill Pmt -Check | 74302 | 07/20/2018 | 4,265.50 |
| BELLAMOURE FRAGRANCES | Bill Pmt -CCard | | 08/02/2018 | 1,332.60 |
| BELLAMOURE FRAGRANCES | Bill Pmt -CCard | | 08/09/2018 | 709.20 |
| BELLAMOURE FRAGRANCES | Bill Pmt -CCard | | 08/29/2018 | 2,888.40 |
| BETTER BE | Bill Pmt -Check | 74209 | 06/01/2018 | 4,320.00 |
| BETTER BE | Bill Pmt -Check | 74303 | 07/20/2018 | 2,980.00 |
| BIEN BIEN | Bill Pmt -CCard | | 06/07/2018 | 4,584.00 |
| BIEN BIEN | Bill Pmt -Check | 74217 | 06/22/2018 | 5,381.00 |
| BIEN BIEN | Bill Pmt -Check | 74261 | 06/29/2018 | 10,920.00 |
| BIEN BIEN | Bill Pmt -CCard | | 07/06/2018 | 3,089.00 |
| BIEN BIEN | Bill Pmt -Check | 74292 | 07/27/2018 | 1,951.50 |
| BLOSSOM FOOTWEAR | Bill Pmt -Check | 74273 | 07/09/2018 | 6,414.00 |
| BLUE LEOPARD | Bill Pmt -Check | 74233 | 06/15/2018 | 5,053.50 |
| BLUE LEOPARD | Bill Pmt -Check | 74260 | 06/29/2018 | 6,288.00 |
| BLUE LEOPARD | Bill Pmt -Check | CASH | 07/17/2018 | 5,113.00 |
| BLUE LEOPARD | Bill Pmt -Check | 74299 | 07/17/2018 | 4,019.25 |
| BLUE LEOPARD | Bill Pmt -Check | 74314 | 07/24/2018 | 6,084.50 |
| C&A SHOES | Bill Pmt -Check | CASH | 06/14/2018 | 1,987.00 |
| CAPACITY.COM | Bill Pmt -Check | 74256 | 06/29/2018 | 10,398.00 |
| CASTING LA | Bill Pmt -Check | 74304 | 07/20/2018 | 19,206.50 |
| CATENA DESIGN | Bill Pmt -Check | 74207 | 06/15/2018 | 4,925.25 |
| CATENA DESIGN | Bill Pmt -Check | 74274 | 07/03/2018 | 5,000.00 |
| CATENA DESIGN | Bill Pmt -Check | 15354 | 08/29/2018 | 1,491.00 |
| CELLO JEANS (HIDDEN JEANS, INC.) | Bill Pmt -Check | CASH | 06/08/2018 | 5,000.00 |
| CELLO JEANS (HIDDEN JEANS, INC.) | Bill Pmt -Check | 74249 | 06/22/2018 | 5,019.00 |
| CELLO JEANS (HIDDEN JEANS, INC.) | Bill Pmt -Check | 74264 | 06/29/2018 | 5,000.00 |
| CELLO JEANS (HIDDEN JEANS, INC.) | Bill Pmt -Check | 74221 | 08/13/2018 | 7,312.00 |
| CELLO JEANS (HIDDEN JEANS, INC.) | Bill Pmt -Check | 74222 | 08/17/2018 | 5,888.00 |
| CELLO JEANS (HIDDEN JEANS, INC.) | Bill Pmt -Check | 74234 | 08/22/2018 | 6,360.00 |
| CELLO JEANS (HIDDEN JEANS, INC.) | Bill Pmt -Check | 74235 | 08/28/2018 | 10,710.00 |
| CHERISH | Bill Pmt -CCard | | 06/04/2018 | 500.00 |
| CHERRY MELLOW INC. | Bill Pmt -Check | 74232 | 06/14/2018 | 2,745.00 |
| CHERRY MELLOW INC. | Bill Pmt -Check | 74265 | 07/02/2018 | 2,180.00 |
| CHERRY MELLOW INC. | Bill Pmt -Check | 74312 | 07/20/2018 | 1,338.00 |
| COLOR STORY | Bill Pmt -Check | CASH | 07/20/2018 | 298.55 |
| COZY CASUAL, INC. | Bill Pmt -CCard | | 06/08/2018 | 2,551.50 |
| COZY CASUAL, INC. | Bill Pmt -Check | 74298 | 07/17/2018 | 3,525.00 |
| DEBUT | Bill Pmt -Check | 74211 | 06/01/2018 | 635.04 |
| DERMAL COSMETICS USA INC | Bill Pmt -Check | 74218 | 06/08/2018 | 517.50 |
| DIVA | Bill Pmt -CCard | | 06/04/2018 | 2,772.00 |

**SARAH ZONE, INC.**
**Bill Payments for All Vendors**
**June 1 through September 4, 2018**

| Name | Type | Num | Date | Amount |
|------|------|-----|------|--------|
| DNA COUTURE, INC. | Bill Pmt -Check | 74238 | 06/15/2018 | 18,315.50 |
| DNA COUTURE, INC. | Bill Pmt -Check | 74277 | 07/09/2018 | 10,488.75 |
| DUELLE FASHION, INC. | Bill Pmt -Check | 74216 | 06/07/2018 | 225.00 |
| DUELLE FASHION, INC. | Bill Pmt -Check | 74305 | 07/20/2018 | 900.50 |
| FASHION COLLECTION | Bill Pmt -Check | CASH | 06/01/2018 | 2,110.00 |
| FASHION COLLECTION | Bill Pmt -Check | 74245 | 06/19/2018 | 2,846.75 |
| FASHION GLAM LA | Bill Pmt -Check | 74251 | 06/28/2018 | 2,328.00 |
| FASHION LEADER, CORP | Bill Pmt -Check | 74316 | 08/10/2018 | 1,920.00 |
| FASHION MAGAZINE, INC. (ART) | Bill Pmt -CCard | | 07/06/2018 | 7,872.00 |
| FINAL TOUCH | Bill Pmt -CCard | | 06/04/2018 | 5,565.50 |
| FIND ME PLUS | Bill Pmt -CCard | | 06/04/2018 | 1,000.00 |
| FORNIA | Bill Pmt -Check | 74315 | 07/27/2018 | 1,500.00 |
| FORNIA | Bill Pmt -CCard | | 08/13/2018 | 1,000.00 |
| FORTUNE DYNAMIC | Bill Pmt -Check | 74225 | 06/13/2018 | 3,959.70 |
| FORTUNE DYNAMIC | Bill Pmt -Check | 74227 | 06/27/2018 | 5,446.80 |
| FRENCH KISS | Bill Pmt -CCard | | 06/04/2018 | 1,300.00 |
| GLARE FASHION | Bill Pmt -Check | 74239 | 06/15/2018 | 2,154.00 |
| GLOCUL ENTERPRISE INC | Bill Pmt -Check | 74210 | 06/01/2018 | 12,040.20 |
| GLOCUL ENTERPRISE INC | Bill Pmt -Check | 74237 | 06/15/2018 | 22,745.35 |
| GLOCUL ENTERPRISE INC | Bill Pmt -Check | 74278 | 07/09/2018 | 24,060.00 |
| GLOCUL ENTERPRISE INC | Bill Pmt -Check | 74306 | 07/20/2018 | 32,082.75 |
| GLORIA USA | Bill Pmt -Check | CASH | 08/03/2018 | 960.00 |
| HEART & HIPS | Bill Pmt -Check | 74240 | 06/15/2018 | 13,993.20 |
| HEART & HIPS | Bill Pmt -Check | 74279 | 07/09/2018 | 8,267.65 |
| HEART & HIPS | Bill Pmt -Check | 74307 | 07/20/2018 | 9,470.80 |
| HYFVE, INC. | Bill Pmt -Check | 74241 | 06/15/2018 | 4,344.55 |
| HYFVE, INC. | Bill Pmt -Check | 74280 | 07/09/2018 | 3,920.00 |
| HYFVE, INC. | Bill Pmt -Check | 74308 | 07/20/2018 | 15,489.05 |
| ILYS FASHION LLC | Bill Pmt -Check | 74250 | 06/22/2018 | 3,480.00 |
| ITSME JEAN, INC. | Bill Pmt -CCard | | 06/04/2018 | 2,000.00 |
| IVY ENTERPRISE, INC | Bill Pmt -Check | ACH | 06/15/2018 | 2,299.59 |
| IVY ENTERPRISE, INC | Bill Pmt -Check | ACH | 06/15/2018 | 540.00 |
| IVY ENTERPRISE, INC | Bill Pmt -Check | ACH | 06/28/2018 | 1,011.15 |
| IVY ENTERPRISE, INC | Bill Pmt -Check | ACH | 07/16/2018 | 1,667.40 |
| IVY ENTERPRISE, INC | Bill Pmt -Check | ACH | 08/02/2018 | 1,363.51 |
| J LASH | Bill Pmt -Check | 74224 | 06/13/2018 | 3,240.00 |
| J LASH | Bill Pmt -Check | 74267 | 07/02/2018 | 2,976.00 |
| J LASH | Bill Pmt -Check | 74289 | 07/13/2018 | 720.00 |
| J LASH | Bill Pmt -Check | 74318 | 08/17/2018 | 3,228.00 |
| J&C TRADING | Bill Pmt -Check | 74286 | 07/13/2018 | 1,961.50 |
| JANETTE PLUS | Bill Pmt -CCard | | 06/04/2018 | 945.08 |
| JENNIFER & COMPANY ACCESSORIES | Bill Pmt -Check | 74300 | 07/31/2018 | 4,633.62 |
| JINHWA TRADING INC | Bill Pmt -Check | 74317 | 08/03/2018 | 855.00 |
| JJS BOUTIQUE INC DBA CIEN | Bill Pmt -Check | 74208 | 06/01/2018 | 1,458.10 |
| JJS BOUTIQUE INC DBA CIEN | Bill Pmt -Check | 74309 | 07/20/2018 | 2,673.50 |
| JOIA TRADING INC. | Bill Pmt -CCard | | 06/08/2018 | 1,208.00 |
| JOIA TRADING INC. | Bill Pmt -CCard | | 07/11/2018 | 5,000.00 |
| JOIA TRADING INC. | Bill Pmt -Check | 74293 | 07/16/2018 | 4,736.00 |
| JOIA TRADING INC. | Bill Pmt -Check | 74294 | 07/20/2018 | 4,706.00 |
| KC EXCLUSIVE, INC. DBA ZENANA | Bill Pmt -CCard | | 06/04/2018 | 5,061.58 |
| KC EXCLUSIVE, INC. DBA ZENANA | Bill Pmt -CCard | | 07/06/2018 | 6,984.51 |
| KIMCINE | Bill Pmt -Check | 74275 | 07/03/2018 | 4,390.25 |
| KIMCINE CURVE | Bill Pmt -Check | 74276 | 07/03/2018 | 10,677.75 |
| KONA COLLECTION | Bill Pmt -Check | 74296 | 07/16/2018 | 1,459.00 |

4:05 PM
09/04/18

**SARAH ZONE, INC.**

**Bill Payments for All Vendors**

June 1 through September 4, 2018

| Name | Type | Num | Date | Amount |
|------|------|-----|------|--------|
| LOVE VINTAGE INC. | Bill Pmt -CCard | | 06/08/2018 | 3,971.85 |
| LOVE VINTAGE INC. | Bill Pmt -CCard | | 07/06/2018 | 3,528.00 |
| M&H WORLD INC. | Bill Pmt -Check | 74266 | 07/02/2018 | 2,960.82 |
| M.I.T.I | Bill Pmt -Check | CASH | 06/08/2018 | 900.00 |
| MANGO USA | Bill Pmt -Check | 74268 | 07/03/2018 | 2,000.00 |
| MANY MANY | Bill Pmt -CCard | | 06/04/2018 | 3,285.00 |
| MEZZANINE USA (Style Biz) | Bill Pmt -Check | 74213 | 06/01/2018 | 1,648.25 |
| MINKY TRADING | Bill Pmt -Check | CASH | 06/01/2018 | 1,178.00 |
| MONACO | Bill Pmt -Check | 74223 | 06/11/2018 | 2,500.00 |
| MONACO | Bill Pmt -CCard | | 07/17/2018 | 2,700.00 |
| MUTTLE DBA MUZZANGHEE | Bill Pmt -Check | 74269 | 07/03/2018 | 4,055.00 |
| MUTTLE DBA MUZZANGHEE | Bill Pmt -Check | 74287 | 09/03/2018 | 2,313.00 |
| NEW YORK IMPORTS | Bill Pmt -Check | 74285 | 07/10/2018 | 5,544.37 |
| NO.1 BEAUTY & COSMETICS, INC | Bill Pmt -CCard | | 06/08/2018 | 3,386.10 |
| OH YES FASHION | Bill Pmt -CCard | | 07/27/2018 | 198.00 |
| OLIVE TREE | Bill Pmt -CCard | | 06/08/2018 | 2,506.00 |
| PAPERMOON (B_ENVIED) | Bill Pmt -Check | 74255 | 06/29/2018 | 38,661.73 |
| PETALROZ | Bill Pmt -Check | 74228 | 07/27/2018 | 3,855.50 |
| PETALROZ | Bill Pmt -Check | 74295 | 08/31/2018 | 3,840.00 |
| PINK BERRY | Bill Pmt -CCard | | 06/08/2018 | 1,404.00 |
| ROCK&ROSE | Bill Pmt -Check | CASH | 06/04/2018 | 2,625.00 |
| ROCK&ROSE | Bill Pmt -CCard | | 06/08/2018 | 1,320.00 |
| ROCK&ROSE | Bill Pmt -CCard | | 07/06/2018 | 3,756.75 |
| SEE PLUS INC | Bill Pmt -Check | CASH | 06/01/2018 | 4,257.50 |
| SEE PLUS INC | Bill Pmt -CCard | | 06/11/2018 | 1,830.00 |
| SEE PLUS INC | Bill Pmt -Check | 74262 | 06/29/2018 | 7,260.00 |
| SHELLY | Bill Pmt -CCard | | 06/08/2018 | 1,467.00 |
| SIMPLY YOU WHOLESALE | Bill Pmt -CCard | | 06/08/2018 | 1,000.00 |
| SIMPLY YOU WHOLESALE | Bill Pmt -Check | 141166 | 08/23/2018 | 3,224.83 |
| Sneak Peek | Bill Pmt -Check | 74214 | 06/01/2018 | 5,328.00 |
| Sneak Peek | Bill Pmt -Check | 74243 | 06/15/2018 | 14,640.00 |
| Sneak Peek | Bill Pmt -Check | 74281 | 07/09/2018 | 15,804.00 |
| Sneak Peek | Bill Pmt -Check | 74310 | 07/20/2018 | 13,496.00 |
| STYLE MELODY, INC. | Bill Pmt -Check | 74215 | 06/01/2018 | 16,092.75 |
| STYLE MELODY, INC. | Bill Pmt -Check | 74244 | 06/15/2018 | 16,304.95 |
| STYLE MELODY, INC. | Bill Pmt -Check | 74282 | 07/09/2018 | 30,591.70 |
| STYLE MELODY, INC. | Bill Pmt -Check | 74311 | 07/20/2018 | 57,521.30 |
| SYMPHONY | Bill Pmt -CCard | | 06/08/2018 | 1,893.00 |
| TEENBELL | Bill Pmt -Check | 74263 | 06/29/2018 | 4,791.00 |
| THE TIMING,INC | Bill Pmt -Check | 74297 | 07/16/2018 | 6,461.00 |
| THE VINTAGE SHOP | Bill Pmt -Check | 74231 | 06/22/2018 | 10,000.00 |
| Tres Bien | Bill Pmt -CCard | | 06/08/2018 | 2,019.00 |
| U.P.D., INC. | Bill Pmt -CCard | | 06/08/2018 | 476.06 |
| U.P.D., INC. | Bill Pmt -CCard | | 07/05/2018 | 1,391.32 |
| U.P.D., INC. | Bill Pmt -CCard | | 07/31/2018 | 883.08 |
| UNI HOSIERY CO INC | Bill Pmt -CCard | | 06/07/2018 | 597.60 |
| UNI HOSIERY CO INC | Bill Pmt -Check | 74248 | 06/21/2018 | 2,951.40 |
| UNI HOSIERY CO INC | Bill Pmt -CCard | | 07/09/2018 | 1,587.60 |
| UNI HOSIERY CO INC | Bill Pmt -Check | 74301 | 07/19/2018 | 1,207.20 |
| UNI HOSIERY CO INC | Bill Pmt -Check | 74313 | 07/20/2018 | 465.00 |
| UNI HOSIERY CO INC | Bill Pmt -Check | 74322 | 08/23/2018 | 1,974.85 |
| VERVET | Bill Pmt -CCard | | 06/08/2018 | 1,000.00 |
| VERVET | Bill Pmt -CCard | 74226 | 06/13/2018 | 2,780.00 |
| VESTITI COUTURE | Bill Pmt -Check | CASH | 07/20/2018 | 4,701.45 |

**SABAU ZONE, INC**

**Bill Payments for All Vendors**

**June 1 through September 4, 2018**

| Name | Type | Num | Date | Amount |
|------|------|-----|------|--------|
| VISION | Bill Pmt -CCard | | 08/28/2018 | 3,762.60 |
| WIN WIN APPAREL | Bill Pmt -Check | CASH | 06/15/2018 | 5,247.00 |
| WIN WIN APPAREL | Bill Pmt -Check | 74253 | 06/29/2018 | 5,923.50 |
| WIN WIN APPAREL | Bill Pmt -CCard | | 07/06/2018 | 5,196.00 |
| WIN WIN APPAREL | Bill Pmt -CCard | | 07/13/2018 | 5,091.50 |
| YPM INDUSTRY | Bill Pmt -CCard | | 06/08/2018 | 1,711.50 |
| ZENOBIA | Bill Pmt -Check | CASH | 06/22/2018 | 1,350.00 |
| ZENOBIA | Bill Pmt -Check | 74254 | 06/29/2018 | 65,906.71 |
| ZHEJIANG DIANHU USA CORP | Bill Pmt -Check | 74212 | 06/01/2018 | 976.50 |
| ZHEJIANG DIANHU USA CORP | Bill Pmt -Check | 74242 | 06/15/2018 | 5,088.50 |
| ZHEJIANG DIANHU USA CORP | Bill Pmt -Check | 74283 | 07/09/2018 | 6,213.50 |
| | | | | **964,381.90** |

# SOFA Exhibit 4

**SARAH ZONE, INC. - PAYMENTS TO INSIDERS**

| DATE | PAY TO ORDER OF | REF. # | PMT TYPE | AMOUNT |
|---|---|---|---|---|
| 9/14/2017 | SUSAN YOO | 170249 | COMPENSATION | $750.00 |
| 10/5/2017 | SUSAN YOO | 170263 | COMPENSATION | $3,000.00 |
| 10/12/2017 | SUSAN YOO | 170269 | COMPENSATION | $750.00 |
| 10/20/2017 | SUSAN YOO | 170275 | COMPENSATION | $3,000.00 |
| 11/15/2017 | SUSAN YOO | 170291 | COMPENSATION | $750.00 |
| 11/28/2017 | SUSAN YOO | 170304 | COMPENSATION | $3,000.00 |
| 12/15/2017 | SUSAN YOO | 170320 | COMPENSATION | $750.00 |
| 12/15/2017 | SUSAN YOO | 170322 | COMPENSATION | $3,000.00 |
| 12/29/2017 | SUSAN YOO | 170329 | COMPENSATION | $22,500.00 |
| 1/11/2018 | SUSAN YOO | 170335 | COMPENSATION | $11,000.00 |
| 1/11/2018 | SUSAN YOO | 170336 | COMPENSATION | $750.00 |
| 2/15/2018 | SUSAN YOO | 170356 | COMPENSATION | $750.00 |
| 3/14/2018 | SUSAN YOO | 170377 | COMPENSATION | $750.00 |
| 3/29/2018 | SUSAN YOO | 170380 | COMPENSATION | $3,000.00 |
| 4/16/2018 | SUSAN YOO | 170399 | COMPENSATION | $750.00 |
| 5/15/2018 | SUSAN YOO | 170420 | COMPENSATION | $750.00 |
| 6/15/2018 | SUSAN YOO | 170440 | COMPENSATION | $750.00 |
| 7/13/2018 | SUSAN YOO | 170451 | COMPENSATION | $750.00 |
| 8/15/2018 | SUSAN YOO | 170473 | COMPENSATION | $750.00 |
| | | | TOTAL: | $57,500.00 |

| DATE | PAY TO ORDER OF | REF. # | PMT TYPE | AMOUNT |
|---|---|---|---|---|
| 9/14/2017 | TAE HYUN YOO | 170251 | COMPENSATION | $12,000.00 |
| 10/12/2017 | TAE HYUN YOO | 170271 | COMPENSATION | $9,000.00 |
| 11/15/2017 | TAE HYUN YOO | 170293 | COMPENSATION | $12,000.00 |
| 12/4/2017 | TAE HYUN YOO | 170308 | COMPENSATION | $19,711.74 |
| 12/15/2017 | TAE HYUN YOO | 170321 | COMPENSATION | $9,000.00 |
| 2/15/2018 | TAE HYUN YOO | 170354 | COMPENSATION | $9,000.00 |
| 3/14/2018 | TAE HYUN YOO | 170375 | COMPENSATION | $9,000.00 |
| 4/16/2018 | TAE HYUN YOO | 170402 | COMPENSATION | $9,000.00 |
| 5/15/2018 | TAE HYUN YOO | 170421 | COMPENSATION | $9,000.00 |
| | | | TOTAL: | $97,711.74 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re   **Sarah Zone, Inc.** _____

Case No. _____

Debtor(s)

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **50,000.00**

    Prior to the filing of this statement I have received _____   $ _____ **50,000.00**

    Balance Due _____   $ _____ **0.00**

2.  $ __**1,717.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy
        Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to
        certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;
        representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the
        Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of
        witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the
        extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond
        LNBYB's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications,
        pleadings and orders including, but not limited to, applications to employ professionals, interim statements and
        operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash
        collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of
        property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor
        in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy
        Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing
        any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the
        Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the
        preparation and approval of a disclosure statement in respect of the plan; and performing any other services
        which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNBYB's specialization**

In re   **Sarah Zone, Inc.**
_____                    Case No.   _____
                              Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 17, 2018**
_____
_Date_

**Juliet Y. Oh 211414**
_Signature of Attorney_
**Levene, Neale, Bender, Yoo & Brill LLP**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
_Name of law firm_

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Juliet Y. Oh 211414**
**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
**(310) 229-1234**
California State Bar Number: **211414 CA**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
☐  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

   **Sarah Zone, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___**27**___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **September 17, 2018** _____

Date: _____

Date: _____

_____
Signature of Debtor 1

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Sarah Zone, Inc.
655 E. 30th Street
Los Angeles, CA 90011


Juliet Y. Oh
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


2 Hearts
1015 S. Crocker St. #R36
Los Angeles, CA 90021


2V Apparel, Inc.
1322 E 18th Street
Los Angeles, CA 90021


4S Trading Inc. Dba Dogma
1100 S. San Pedro St. L-3
Los Angeles, CA 90015


A Ellen
807 E 12th St, #118
Los Angeles, CA 90021


A3 Design
1015 Crocker Street
Los Angeles, CA 90021


Adora By Color Swatch
1015 S. Crocker St. Q26A
Los Angeles, CA 90021

Amante Clothing, Inc.
1015 Crocker St. #R45
Los Angeles, CA 90021


Ambiance Apparel
930 Towne Ave.
Los Angeles, CA 90021


Amen Trading
3183 Bandini Blvd.
Vernon, CA 90058


American Bazi Reve Co.
807 E. 12th St. #107
Los Angeles, CA 90021


American Express
Box 0001
Los Angeles, CA 90096-8000


Annes Apparel
1015 S Crocker St R41
Los Angeles, CA 90021


Apink Collection, Inc
2 Haven Ave
Suite #216
Port Washington, NY 11050


April
1100 S. San Pedro St. #I-3
Los Angeles, CA 90015

Aria Clothing
942 Town Ave # 107
Los Angeles, CA 90021


Bagel
921.S Crocker St#18
Los Angeles, CA 90021


Be Cool
1200 San Pedro Street
Los Angeles, CA 90015


Be Mine, Inc.
c/o Euler Hermes Collections
800 Red Brook Blvd., Suite 400 C
Owings Mills, MD 21117


Bear Dance
c/o Asiana Capital, Inc.
P.O. Box 80216
City of Industry, CA 91716-8216


Best Cody
1015 S. Crocker St. #S11
Los Angeles, CA 90021


Bestline
3510 S. Central Ave.
Los Angeles, CA 90011


Better Be
c/o Asiana Capital, Inc.
P.O. Box 80216
City Of Industry, CA 91716-8216

Bien Bien
754 E Pico Blvd
Los Angeles, CA 90021


Blanc
1013 Crocker St. #4
Los Angeles, CA 90021


Blossom Footwear
c/o Asiana Capital, Inc.
P.O. Box 80216
City of Industry, CA 91716-8216


Blue Blush
1175 Crocker St.
Los Angeles, CA 90021


Blue Leopard
807 E. 12th St. Ste 116
Los Angeles, CA 90021


Blue Mint
1105 Towne Ave Suite #4
Los Angeles, CA 90021


Blue Republic  Gmf
1113 S San Pedro St,
Los Angeles, CA 90015


Blue S
1100 S. San Pedro St. #H4,
Los Angeles, CA 90015

Blush
1015 Crocker St #5-08
Los Angeles, CA 90021


Bottlette
747 E 10th St #114
Los Angeles, CA 90021


Bubble B
1015 Crocker Street, #S-12
Los Angeles, CA 90021


C.O.C.
1019 S. San Julian St.
Los Angeles, CA 90015


Cala Products
3121 S. Main St.
Los Angeles, CA 90007


Cals Collection
1027 Towne Avenue
Los Angeles, CA 90021


Capacity.Com
727 S. Ardmore Ave #214
Los Angeles, CA 90005


Catena Design
94 Bergen Turnpike
Little Ferry, NJ 07643

Cello Jeans  Hidden Jeans, Inc.
c/o Prime Business Credit, Inc.
1055 W. 7th Street, Suite 2200
Los Angeles, CA 90017


Chase
P.O. Box 6294
Carol Stream, IL 60197-6297


Chase
P.O. Box 6294
Carol Stream, IL 60197-6294


Cherish
1016 Towne Avenue, #103
Los Angeles, CA 90021


Cherry Mellow Inc.
777 E. 12th St Unit I-6
Los Angeles, CA 90021


Ciel Collection
415 Madision Ave Rm# 1439
New York, NY 10017


Cleo Apparel
1015 S. Crocket St. #P01
Los Angeles, CA 90021


Common Crush
1100 San Pedro St #H02
Los Angeles, CA

Cozy Casual, Inc.
800 E. 12th St., Ste #146
Los Angeles, CA 90021


CS Inc
9820 Bell Ranch Dr., Suite 101
Santa Fe Springs, CA 90670


Daisy
1100 S. San Pedro St. # E-1
Los Angeles, CA 90015


Dance & Marvel
1015 Crocker St #Q2
Los Angeles, CA 90011


Day & Night
1013 Crocker St #2
Los Angeles, CA 90021


De Lage Landen Financial Services
Lease Processing Center
1111 Old Eagle School Road
Wayne, PA 19087


Debut
c/o Prime Business Credit, Inc.
1055 W. 7th Street, Suite 2200
Los Angeles, CA 90017


DNA Couture, Inc.
c/o Hana Commerical Finance, Inc.
Dept. LA 24406
Pasadena, CA 91185-4406

DND Fashion Inc
P.O. Box 1036
Charlotte, NC 28201-1036


Dream Plus Trading
1435 51st St. #5-3
North Bergen, NJ 07047


Duelle Fashion, Inc.
c/o New Commercial Capital, Inc.
P.O. Box 847172
Los Angeles, CA 90084-7172


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Enjean
1001 Towne Ave., #105
Los Angeles, CA 90021


Entry
766 E 12th Street, #C
Los Angeles, CA 90021


Essue
1100S.San Pedro St. #B7
Losangeles, CA 90015


Eunina
1100 S. San Pedro St. #J-9,
Los Angeles, CA 90015

```
Event
800 E 12th St #107
Los Angeles, CA 90021


Fame Accesories
948 Crocker St. Suite 6
Los Angeles, CA 90021


Fashion 21
1300 S San Pedro St #127
Los Angeles, CA 90015


Fashion Cargo
807 E. 12th Street, #141
Los Angeles, CA 90021


Fashion Collection
2458 E. 28th Street
Vernon, CA 90058


Fashion Line Image, Inc.
555 North West Mall, Suite 438
Houston, TX 77092


Fashion Magazine, Inc.  Art
1100 S. San Pedro St. D-1
Los Angeles, CA 90015


Fashion Queen Mania
807 E 12th St #145
Los Angeles, CA 90021
```

Fe Forever Inc.
1200 S. San Pedro Street #102
Los Angeles, CA 90015


Find Me Plus
807 E. 12th St. Suite 140
Los Angeles, CA 90021


Fornia
1015 S. Crocker St. # S-20
Los Angeles, CA 90021


Fortune Dynamic
21923 Ferrero Pkwy.
City Of Industry, CA 91789


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


French Kiss
807 E 12th Street #144
Los Angeles, CA 90021


Ganji
1100 S San Pedro St # N06
Los Angeles, CA 90015


GGC Accessory  Princess Accessories
3100 Bandini Blvd
Vernon, CA 90058

Glocul Enterprise Inc.
c/o Hana Commerical Finance, Inc.
Dept. LA 24406
Pasadena, CA 91185-4406


Good Morning Jewelry Corp
45-47 W 29th St Suite 201
New York, NY 10001


Hammer Collection
1100 S. San Pedro St #J 11,12
Los Angeles, CA 90015


Handbag Republic
18301 Arenth Ave.
City Of Industry, CA 91748


Haute Fox
800 E. 12th St. #119
Los Angeles, CA 90021


Heart & Hips
Dept LA 24406
Pasadena, CA 91185-4406


Hera Collection, Inc
1013 Crocker St. #2
Los Angeles, CA 90021


Hot & Delicious
1015 S. Crocker St. #Q-9
Los Angeles, CA 90021

Illuma Fashion, Inc
1141S Boyle Ave., Unit 201
Los Angeles, CA 90023


Ilys Fashion LLC
150 E. Jefferson Blvd
Los Angeles, CA 90011


Image Central, Inc.
2901 Capital of Texas Hwy, #G01A
Austin, TX 78746


Image Style, Inc.
3811 South Cooper Street, #1184
Arlington, TX 76015


Image Tree, Inc.
16535 Southwest Fwy, #830
Sugar Land, TX 77479


Infiniti Financial Services
P.O. Box 740596
Cincinnati, OH 45274-0596


Insider Jeans
6101 S. Santa Fe Ave
Huntington Park, CA 90255


Instinct Over Reason
1901 E 55th St
Vernon, CA 90058

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intouch
17900 Ajax Circle
City Of Industry, CA 91748


Itsme Jean, Inc.
1100 S. San Pedro St. #L-1
Los Angeles, CA 90015


Ivy Enterprise, Inc
5564E 61 St Street
Commerce, CA 90040


J Lash
10532 Acacia Street Suite B8-B10
Rancho Cucamonga, CA 91730


Janette Plus
1100 S. San Pedro St.#N-6
Los Angeles, CA 90015


Jas Image, Inc.
3880 Irving Mall #E05
Irving, TX 75062


JC & JQ Inc.
1100 S. San Pedro St. #K-6
Los Angeles, CA 90015

Jella C
1100 S San Pedro St Suite A-11
Los Angeles, CA 90015


Jennifer & Company Accessories
15 Salem Street
Hackensack, NJ 07601


Jinhwa Trading Inc
1615 S Los Angeles St
Los Angeles, CA 90015


JJS Boutique Inc dba Cien
c/o Prime Business Credit, Inc.
1055 W. 7th Street, Suite 2200
Los Angeles, CA 90017


Joia Trading Inc.
1020 S. Crocker Street
Los Angeles, CA 90021


Jolie Inc.
1100 S San Pedro Street, #D3
Los Angeles, CA 90015


JW Signature
933 Towne Ave. #103,
Los Angeles, CA 90021


Kasina
7807 Telegraph Rd., Suite F
Montebello, CA 90640

KC Exclusive, Inc. Dba Zenana
1100 S. San Pedro St., #M10
Los Angeles, CA 90015


Kimcine
1188 S. San Pedro St. #U
Los Angeles, CA 90015


Kimcine Curve
1188 S. San Pedro St. Unit# V
Los Angeles, CA 90015


Kona Collection
424 E. 15th St Suite7
Los Angeles, CA 90015


Labijou  Apparel Ave
Dba Labijiou
1168 Crocker St.
Los Angeles, CA 90021


Le Miel Group
3260 Pomona Blvd
Pomona, CA 91768


Lee, Chong Taek
17021 S. Western Avenue, Apt. #61
Gardena, CA 90274


Legend Footwear, Inc.
19445 E. Walnut Dr. North
City Of Industry, CA 91789

Let's Go Apparel, Inc. dba Uptown
747 E. 10th Street #113
Los Angeles, CA 90021


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Love Encounter
1016 Towne Avenue Unit# 106
Los Angeles, CA 90021


Love Vintage Inc.
3435 S Broadway St. Unit #A
Los Angeles, CA 90007


Loveriche
1015 S. Crocker St. #Q-12
Los Angeles, CA 90021


Lumiere
1200 S. San Pedro St. #101
Los Angeles, CA 90015


Lydia Usa Inc.
1100 S. San Pedro St #E-3
Los Angeles, CA 90015


M.I.T.I
1100 S. San Pedro Street #A-4
Los Angeles, CA 90015

Machine Jeans
1015 Crocker St., Ste # R-26
Los Angeles, CA 90021


Main Strip Apparel
110S. San Pedro St. Ste J04
Los Angeles, CA 90015


Mak
1001 S. Crocker St #2
Los Angeles, CA 90021


Mango Usa
807 E. 12th St #143
Los Angeles, CA 90021


Many Many
777 E. 10 th St #109
Los Angeles, CA 90021


Marzo Ny Inc
105 South River Street
Hackensack, NJ 07601


May Pink
1146 S Crocker St
Los Angeles, CA 90021


Mebon
1001 Towne Ave #115
Los Angeles, CA 90021

Mezzanine Usa  Style Biz
P.O. Box 741084
Los Angeles, CA 90074-1084


Mika
29 West 30th Street 7Th Fl
New York, NY 10001


Miley & Molly
1100 S. San Pedro St. #A-6
Los Angeles, CA 90015


Minky Trading
2319 E. 37th St.
Vernon, CA 90058


Miss Avenue
777 E.10th St. #121
Los Angeles, CA 90021


Miss California Apparel
1100 S. San Pedro St. J-15,J-16
Los Angeles, CA 90015


Monaco
777 E. 12th St.#1-5
Los Angeles, CA 90021


Mono B
732 E 10th St Unit 108
Los Angeles, CA 90021

Must Have  Inc.
1016 Towne Ave #122
Los Angeles, CA 90021


Muttle Dba Muzzanghee
807E. 12th St Unit#19
Los Angeles, CA 90021


Nabi
3121 Bandini Blvd
Vernon, CA 90058


New York Imports
450 Commercial Avenue
Palisades Park, NJ 07650


Nissan Motor Acceptance Corporation
P.O. Box 742658
Cincinnati, OH 45274-2658


No.1 Beauty & Cosmetics, Inc
1585 Rio Vista Ave.
Los Angeles, CA 90023


Noble U
1015 Crocker Street, #R21
Los Angeles, CA 90021


Open Bank
1000 Wilshire Blvd., Suite 100
Los Angeles, CA 90017

Open Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Ovi
777 E 10th St. #118
Los Angeles, CA 90021


Pink Berry
1154 S. Crocker St.
Los Angeles, CA 90021


Pink By Ele
1018 Wilt Avenue
Ridgefield, NJ 07657


Pinklicious  Cherry K.
807 E. 12th St. #132,
Los Angeles, CA 90021


Popular 21
747E 10th #111
Los Angeles, CA 90021


Primi
747 E. 10th St #105
Los Angeles, CA 90021


Reflex
1100 S. San Pedro St. #K-2
Los Angeles, CA 90015

Reyes, Ulises
C/O Ramin R. Younessi, Esq.
3435 Wilshire Blvd., Suite 2200
Los Angeles, CA 90010


RJ Imports
1350 S. Broadway,
Los Angeles, CA 90015


Rock&Rose
807 E. 12th St. Suite 138
Los Angeles, CA 90021


Rosio  PJ Trading
2511 S. Alameda St
Los Angeles, CA 90058


S & Y Central, LLC
2901 South San Pedro Street
Los Angeles, CA 90011


Sanjoy
1100 S. San Pedro St #G3
Los Angeles, CA 90015


Sarang Trading Inc
2856 Leonis Blvd
Vernon, CA 90058


See Plus Inc
2300 S Eastern Ave
Commerce, CA 90040

Shark Eyes, Inc.
2110 E. 25th St.
Vernon, CA 90058


Sharona Jewelry, Inc.
600 E. Washington Blvd #N3
Los Angeles, CA 90015


Shelly
1100 S. San Pedro St. #M-1
Los Angeles, CA 90015


Shoe Republic La
131 Brea Canyon Rd
Walnut, CA 91789


Silvergate
1100 S. San Pedro St. #G-2
Los Angeles, CA 90015


Simply You Wholesale
1004 Towne Ave.
Los Angeles, CA 90021


Sky Plus
1180 S. Crocker St
Los Angeles, CA 90021


Sneak Peek
c/o Hana Commerical Finance, Inc.
Dept. LA 24406
Pasadena, CA 91185-4406

Sole Mio
1100 S. San Pedro St.#I-4
Los Angeles, CA 90015


Special A
1001 S. Towne Ave #109
Los Angeles, CA 90021


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


Style Melody, Inc.
c/o Finance One
801 S. Grand Avenue, Suite 1000
Los Angeles, CA 90017


Style Rack, Inc.
933 Towne Ave. Unit 101,
Los Angeles, CA 90021


Super Star
726 E. 12th Street #110
Los Angeles, CA 90021


Teenbell
1100 S.  San Pedro St. N-2
Los Angeles, CA 90015


The 87627, Inc.
655 East 30th Street
Los Angeles, CA 90011

The Creme Shop
819 Gladys Ave
Los Angeles, CA 90021


The Hanger
1015 S. Croccer St. #R23
Los Angeles, CA 90021


The Image of California, Inc.
655 East 30th Street
Los Angeles, CA 90011


The Timing,Inc
1100 S. San Pedro St.#A-8
Los Angeles, CA 90015


The Vintage Shop
1015 S Crocker St #R14
Los Angeles, CA 90021


TK Jewelry Imports
1270 Broadway #906
New York, NY 10001


Toami Inc
66 Woodward Street
Roslyn Hts, NY 11577


Toyota Financial Services
P.O. Box 5855
Carol Stream, IL 60197-5855

Tres Bien
1016 Towne Ave. #113
Los Angeles, CA 90021


Trinity Tribe
1015 Crocker Street, #Q17
Los Angeles, CA 90021


Uni Hosiery Co Inc
1911 E. Olympic Blvd.
Los Angeles, CA 90021


US Bank
P.O. Box 790408
Saint Louis, MO 63179-0408


Verty
777 E. 12th St., #1-13
Los Angeles, CA 90021


Vervet
6048 Triangle Dr.
Commerce, CA 90040


Vestiti Couture
3257 E 26th St.
Vernon, CA 90058


Vision
721 E. 10th Street
Los Angeles, CA 90021

Vizio
1188 San Pedro Street
Los Angeles, CA 90015


Wax Jean   Blue Dot Usa, Inc
1016 S. Towne #102
Los Angeles, CA 90015


Wells Fargo Bank
P.O. Box 29482
Phoenix, AZ 85038-8650


Win Win Apparel
807 E. 12th St. #146
Los Angeles, CA 90021


Xerox Financial Services LLC
45 Glover Avenue
Norwalk, CT 06856


Xtaren
1126 S. Crocker St.
Los Angeles, CA 90021


Yelete Group
5835 E. 61 Street
Commerce, CA 90040


Yes Sales Inc
c/o Hana Commerical Finance, Inc.
Dept. LA 24406
Pasadena, CA 91185-4406

```
Yoo, Susan
2 Packsaddle Road East
Rolling Hills, CA 90274


Yoo, Tae Hyun
2 Packsaddle Road East
Rolling Hills, CA 90274


Yoo, Tae Hyun and Susan
2 Packsaddle Road East
Rolling Hills, CA 90274


YPM Industry
1228 1/2 S San Pedro
Los Angeles, CA 90015


Zenobia
1100 S. San Pedro St.#A-4
Los Angeles, CA 90015
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Juliet Y. Oh 211414** <br> **10250 Constellation Blvd.** <br> **Suite 1700** <br> **Los Angeles, CA 90067** <br> **(310) 229-1234** <br> California State Bar Number: **211414 CA** | |

☑ *Attorney for:* **Debtor**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: <br> **Sarah Zone, Inc.** <br><br> Debtor(s), <br><br> Plaintiff(s), <br><br><br><br><br> Defendant(s). | CASE NO.: <br> ADVERSARY NO.: <br> CHAPTER:   **11** <br><br> **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** <br><br> [No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   Tae Hyun Yoo                                , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☑ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *[For additional names, attach an addendum to this form.]*

b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

September 17, 2018
_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:  **Tae Hyun Yoo**
_____
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**