1 | JULIET Y. OH (SBN 211414)
2 | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
  | 10250 Constellation Boulevard, Suite 1700
3 | Los Angeles, California 90067
  | Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
4 | Email: JYO@LNBYB.com

5 | Proposed Attorneys for Chapter 11 Debtor
6 | and Debtor in Possession

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11

| | | |
|---|---|---|
| In re | ) | Case No. 2:18-bk-20836-SK |
| | ) | |
| SARAH ZONE, INC., | ) | Chapter 11 |
| a California corporation, | ) | |
| | ) | |
| | ) | **DECLARATION OF JULIET Y. OH IN** |
| Debtor and Debtor-in-Possession. | ) | **SUPPORT OF DEBTOR'S EMERGENCY** |
| | ) | **MOTION FOR ENTRY OF AN INTERIM** |
| | ) | **ORDER, PENDING A FINAL HEARING,** |
| | ) | **AUTHORIZING THE DEBTOR TO: (A)** |
| | ) | **USE CASH COLLATERAL; AND (B)** |
| | ) | **BORROW MONEY FROM INSIDER TAE** |
| | ) | **HYUN YOO ON AN ADMINISTRATIVE** |
| | ) | **EXPENSE PRIORITY BASIS** |
| | ) | |
| | ) | |
| | ) | Date:        [To be set] |
| | ) | Time:        [To be set] |
| | ) | Courtroom:   1575 |
| | ) | Location:    255 E. Temple Street |
| | ) | Los Angeles, California |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

1

1    I, Juliet Y. Oh, hereby declare as follows:

2    1.    I have personal knowledge of the facts set forth herein, and, if called as a witness,

3    could and would testify competently with respect thereto.

4    2.    I am a partner of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"),

5    proposed bankruptcy counsel to Sarah Zone, Inc., a California corporation and the debtor and

6    debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Debtor").  I am

7    licensed to practice law in the State of California and before this Court.

8    3.    I submit this declaration in support of the Debtor's emergency motion filed

9    concurrently herewith seeking the entry of an interim order, pending a final hearing, authorizing

10   the Debtor to: (A) use cash collateral, and (B) borrow money from insider Tae Hyun Yoo on an

11   administrative expense priority basis (the "CC/DIP Motion").

12   4.    I am informed and advised by the Debtor that it is a corporation which was

13   formed and incorporated in the State of California on or about October 5, 2004.

14   5.    On or about September 5, 2018, I obtained copies of financing statements

15   recorded with the California Secretary of State's office against the Debtor (copies of which are

16   attached as **Exhibit "1"** hereto).  A summary of the financing statements recorded against the

17   Debtor in California is also included in Exhibit "1" hereto.  Briefly, the active filings with

18   respect to the Debtor are as follows.

19   a.    Open Bank.  Open Bank has two (2) active financing statements, which

20   purport to cover all or substantially all of the Debtor's assets.  The first active financing

21   statement bears the filing number 16-7563264626 and was recorded against the Debtor

22   on December 28, 2016.  The second active financing statement bears the filing number

23   17-7610539817 and was recorded against the Debtor on October 12, 2017.

24   b.    Chong Taek Lee.  Chong Taek Lee has one (1) active financing statement

25   (filing number 18-7665333921), which purports to cover all or substantially all of the

26   Debtor's assets.  The date of this active filing is August 22, 2018.

27

28

c.    <u>Tae Hyun Yoo and Susan Yoo</u>.  Tae Hyun Yoo, the founder and President of the Debtor, and his wife, Susan Yoo, together have one (1) active financing statement (filing number 18-7665334437), which purports to cover all or substantially all of the Debtor's assets.  The date of this active filing is August 22, 2018.

6.    The foregoing is provided for information purposes only.  Nothing contained herein is intended to be, and nothing contained herein shall be, construed or interpreted as the provision of any legal opinion by the declarant or LNBYB, or acknowledgement by the Debtor, regarding the validity, priority and extent of any liens asserted by any of the Debtor's creditors against the Debtor or otherwise.  The rights of the Debtor and all of its creditors which respect to the claims, liens and interests asserted by such creditors are fully preserved.

7.    A proposed form of the interim order granting the CC/DIP Motion (the "<u>Interim Order</u>"), is attached as **<u>Exhibit "2"</u>** hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September, 2018 at Los Angeles, California.

_____
JULIET Y. OH

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

[Sarah Zone, Inc. – Financing Statements]

**CLAS**
WORLDWIDE INFORMATION SERVICES

Better
Intelligence
Better
Decisions™

2020 Hurley Way, Suite 350  Sacramento, CA 95825
Local: (916) 564-7800  Fax: (916) 564-7900  Toll Free: (800) 952-5696

**Ask us about UCC eZFILE®**

# UCC Search Report

| | |
|---:|:---|
| **Indices Searched:** | UCCs, Federal Tax Liens, State Tax Liens and Judgments |
| **Jurisdiction/Filing Office:** | State of California, Secretary of State, Uniform Commercial Code Division |
| **Effective Index Date:** | Aug 28, 2018 |
| **Search Type:** | Debtor Name |
| **Subject Search Name:** | SARAH ZONE, INC. |
| **Search Key Entered:** | SARAH ZONE, INC. |

# Results

Based on a search of the indices of the Uniform Commercial Code Division of the Secretary of State of California, there are no active liens of record other than those set out below. Liens reflected in this report were based on the searcher's individual search parameters, the search key entered, as well as the searcher's choice of the liens ultimately included or excluded herein.

**Certification can only be obtained through the office of the California Secretary of State.**

**1. UCC Financing Statement** **Lapses: 05/12/2016**

| | |
|---:|:---|
| **Document No. :** | 20117269593922 |
| **Filed :** | 05/12/2011 |
| **File Status :** | Inactive |
| **Debtor:** | SARAH ZONE, INC. |
| | 2901 SOUTH SAN PEDRO STREET |
| | LOS ANGELES CA 90011 |
| **Secured Party:** | COMMONWEALTH BUSINESS BANK |
| | 5055 WILSHIRE BLVD, SUITE 840 |
| | LOS ANGELES CA 90036 |
| **Amendment Type:** | Termination |
| **File Number:** | 201373686248 |
| **File Date:** | 07/09/2013 |

**2. UCC Financing Statement** **Lapses: 05/31/2017**

| | |
|---:|:---|
| **Document No. :** | 20127315527174 |
| **Filed :** | 05/31/2012 |
| **File Status :** | Inactive |
| **Debtor:** | SARAH ZONE, INC. |
| | 655 E. 30TH STREET |
| | LOS ANGELES CA 90011 |
| **Secured Party:** | ISUZU FINANCE OF AMERICA, INC |
| | 3020 WESTCHESTER AVE., SUITE 203 |
| | PURCHASE NY 10577 |

**3. UCC Financing Statement**                                    **Lapses: 10/09/2017**

**Document No. :** 20127332171996
**Filed :** 10/09/2012
**File Status :** Lapsed
**Debtor:** SARAH ZONE, INC.
2901 SOUTH SAN PEDRO STREET
LOS ANGELES CA 90011
**Secured Party:** COMMONWEALTH BUSINESS BANK
5055 WILSHIRE BLVD, SUITE 840
LOS ANGELES CA 90036
**Amendment Type:** Termination
**File Number:** 201775649639
**File Date:** 01/06/2017

**4. UCC Financing Statement**                                    **Lapses: 12/28/2021**

**Document No. :** 20167563264626
**Filed :** 12/28/2016
**File Status :** Active
**Debtor:** SARAH ZONE, INC.
655 EAST 30TH STREET
LOS ANGELES CA 90011
**Secured Party:** OPEN BANK
1000 WILSHIRE BL., SUITE 500
LOS ANGELES CA 90017

**5. UCC Financing Statement**                                    **Lapses: 10/12/2022**

**Document No. :** 20177610539817
**Filed :** 10/12/2017
**File Status :** Active
**Debtor:** SARAH ZONE, INC.
655 EAST 30TH STREET
LOS ANGELES CA 90011
**Secured Party:** OPEN BANK
1000 WILSHIRE BOULEVARD, SUITE 500
LOS ANGELES CA 90017

**6. UCC Financing Statement**                                    **Lapses: 08/22/2023**

**Document No. :** 20187665334437
**Filed :** 08/22/2018
**File Status :** Active
**Debtor:** SARAH ZONE INC
655 EAST 30TH STREET
LOS ANGELES CA 90011
**Secured Party:** YOO, SUSAN
2 PACKSADDLE RD EAST
ROLLING HILLS CA 90274

**7. UCC Financing Statement**                                    **Lapses: 08/22/2023**

**Document No. :** 20187665333921

Report Date: Sep 5, 2018

**Filed :** 08/22/2018

**File Status :** Active

**Debtor:** SARAH ZONE INC

655 EAST 30TH STREET

LOS ANGELES CA 90011

**Secured Party:** LEE, CHONG TEAK

17021 S WESTERN AVE APT# 61

GARDENA CA 90274

We assume no liability with respect to the identity of any party named or referred to in this report, nor with respect to the validity, legal effect or priority of any matter shown herein; nor, due to our inability to independently verify the accuracy of this data as provided by government and other sources, do we make any guaranty or representation as to its accuracy.

## Report Parameters

The UCC Revised Article 9 Model Administrative Rules (MARS) provide state filing offices with a set of guidelines for producing a legally compliant UCC lien search report. The search tool used to create this search report was designed to satisfy the requirements under MARS while providing the searcher with increased flexibility.

Flexible search logic generates a more inclusive search report and addresses the inconsistencies in searches performed within states that did not effectively adopt the MARS guidelines. Further, these specially designed broad-based searching features aid in the location of involuntary liens such as Federal and State Tax Liens and Judgment Liens and liens that may not be located in state databases limited to the MARS guidelines for the reporting of UCCs.

---------- END OF REPORT ----------

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Corporation Service Company
800-858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703
USA

**DOCUMENT NUMBER:** 38489120002
**FILING NUMBER:** 13-73686248
**FILING DATE:** 07/09/2013 16:24
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
11-7269593922

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR Commonwealth Business Bank | | | |
| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
Debtor:SARAH ZONE, INC. [77679955]

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 33311650002
**FILING NUMBER:** 12-7315527174
**FILING DATE:** 05/31/2012 08:35
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Sarah Zone, Inc. | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 655 E. 30th Street | Los Angeles | CA | 90011 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C2688949   ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Isuzu Finance of America, Inc | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3020 Westchester Ave., Suite 203 | Purchase | NY | 10577 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

2013 Isuzu NPR-HD with 18' Van Body with Liftgate

Vin: JALC4W163C7001193

**5. ALT DESIGNATION:** ☑ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional]** ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-33427989-46452184

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Corporation Service Company
800-858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703
USA

**DOCUMENT NUMBER:** 34899250002
**FILING NUMBER:** 12-7332171996
**FILING DATE:** 10/09/2012 16:54
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **1a. ORGANIZATION'S NAME** SARAH ZONE, INC. | | | |
| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **1c. MAILING ADDRESS** 2901 SOUTH SAN PEDRO STREET | **CITY** LOS ANGELES | **STATE** CA | **POSTAL CODE** 90011 | **COUNTRY** USA |
|---|---|---|---|---|

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** Corporation | **1f. JURISDICTION OF ORGANIZATION** CA | **1g. ORGANIZATIONAL ID#, if any** ☑NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | | | |
|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | |
| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** ☐NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | | | |
|---|---|---|---|
| **3a. ORGANIZATION'S NAME** Commonwealth Business Bank | | | |
| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |

| **3c. MAILING ADDRESS** 5055 Wilshire Blvd, Suite 840 | **CITY** Los Angeles | **STATE** CA | **POSTAL CODE** 90036 | **COUNTRY** USA |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following collateral:**

All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later;
all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any
of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

**☐6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional]** ☐All Debtors ☐Debtor 1 ☐Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
:#354580 [70393044]

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Corporation Service Company<br>800-858-5294 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DRIVE<br>SPRINGFIELD, IL 62703<br>USA | **DOCUMENT NUMBER:** 59091660002<br>**FILING NUMBER:** 17-75649639<br>**FILING DATE:** 01/06/2017 15:51<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

| | |
|---|---|
| **1a. INITIAL FINANCING STATEMENT FILE NUMBER**<br>12-7332171996 | **1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:     **AND** Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record.    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☐ **COLLATERAL CHANGE: Also check one of these four boxes:** ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | a. ORGANIZATION'S NAME<br>Commonwealth Business Bank | | | |
|---|---|---|---|---|
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
Debtor: SARAH ZONE, INC.-:#354580 [125900928]

**FILING OFFICE COPY**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Gisella Melendez
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER: 58940670002**
**FILING NUMBER: 16-7563264626**
**FILING DATE: 12/28/2016 10:14**

**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | 1a. ORGANIZATION'S NAME<br>SARAH ZONE, INC. | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | 1c. MAILING ADDRESS<br>655 EAST 30TH STREET | CITY<br>LOS ANGELES | STATE<br>CA | POSTAL CODE<br>90011 | COUNTRY<br>USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | 2a. ORGANIZATION'S NAME | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| OR | 3a. ORGANIZATION'S NAME<br>OPEN BANK | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | 3c. MAILING ADDRESS<br>1000 WILSHIRE BL., SUITE 500 | CITY<br>LOS ANGELES | STATE<br>CA | POSTAL CODE<br>90017 | COUNTRY<br>USA |

4. **COLLATERAL:** This financing statement covers the following collateral:
All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)    ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien    ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CA-0-57023122-52608060

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here 

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| SARAH ZONE, INC. | |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|

| FIRST PERSONAL NAME |
|---|

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|

**DOCUMENT NUMBER: 58940670002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 10b. INDIVIDUAL'S SURNAME | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

OR (for rows 10a–10c)

11. ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

OR

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing. |
|---|---|
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Gisella Melendez |
| 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Lien Solutions |
| 2929 ALLEN PARKWAY, Suite#3300 |
| HOUSTON, TX 77019 |
| USA |

**DOCUMENT NUMBER: 64635730002**
**FILING NUMBER: 17-7610539817**
**FILING DATE: 10/12/2017 16:00**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SARAH ZONE, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 655 EAST 30TH STREET | LOS ANGELES | CA | 90011 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OPEN BANK | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1000 WILSHIRE BOULEVARD, SUITE 500 | LOS ANGELES | CA | 90017 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)  ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CA-0-60995121-54084762

## UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

| | |
|---|---|
| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐ | |

| OR | 9a. ORGANIZATION'S NAME | |
|---|---|---|
| | SARAH ZONE, INC. | |
| | 9b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**DOCUMENT NUMBER: 64635730002**

**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| OR | 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| | 10b. INDIVIDUAL'S SURNAME | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| OR | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing. |
|---|---|
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

18-7665333921

08/22/2018 11:57

FILED

CALIFORNIA
SECRETARY OF STATE

SOS

72537120002    UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C.    Return To:

CL@S
INFORMATION SERVICES
WWW.CLASINFO.COM
2020 HURLEY WAY, SUITE 350
SACRAMENTO, CA 95825
TEL:916.564.7800 / 800.952.5696
FAX:916.564.7810

account number    51556AM/ML

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SARAH ZONE INC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 655 EAST 30TH STREET | LOS ANGELES | CA | 90011 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name) if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY). Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| LEE | CHONG TEAK | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 17021 S WESTERN AVE APT# 61 | GARDENA | CA | 90274 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All assets including, without limitation, inventory, equipment, accounts, deposit accounts.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**18-7665334437**
**08/22/2018 11:57**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

72537120003  UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. Return To:

**CL@S**
INFORMATION SERVICES
WWW.CLASINFO.COM
2020 HURLEY WAY, SUITE 350
SACRAMENTO, CA 95825
TEL: 916.564.7800 / 800.952.5696
FAX: 916.564.7800

account number  51556AMML

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SARAH ZONE INC | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 655 EAST 30TH STREET | LOS ANGELES | CA | 90011 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| YOO | SUSAN | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2 PACKSADDLE RD EAST | ROLLING HILLS | CA | 90274 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

**All assets including, without limitation, inventory, equipment, accounts, deposit accounts.**

5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box.
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Corporation Service Company
800-858-5294

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703
USA

**DOCUMENT NUMBER:** 28928300002
**FILING NUMBER:** 11-7269593922
**FILING DATE:** 05/12/2011 15:44
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| **1a. ORGANIZATION'S NAME** |  |  |  |
|---|---|---|---|
| SARAH ZONE, INC. |  |  |  |

OR

| **1b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|

| **1c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 2901 SOUTH SAN PEDRO STREET | LOS ANGELES | CA | 90011 | USA |

| **1d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **1e. TYPE OF ORGANIZATION** | **1f. JURISDICTION OF ORGANIZATION** | **1g. ORGANIZATIONAL ID#, if any** |
|---|---|---|---|---|
|  |  | Corporation | CA | ☑NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| **2a. ORGANIZATION'S NAME** |  |  |  |
|---|---|---|---|

OR

| **2b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

| **2d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **2e. TYPE OF ORGANIZATION** | **2f. JURISDICTION OF ORGANIZATION** | **2g. ORGANIZATIONAL ID#, if any** |
|---|---|---|---|---|
|  |  |  |  | ☐NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| **3a. ORGANIZATION'S NAME** |  |  |  |
|---|---|---|---|
| Commonwealth Business Bank |  |  |  |

OR

| **3b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
|---|---|---|---|

| **3c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|
| 5055 Wilshire Blvd, Suite 840 | Los Angeles | CA | 90036 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later;
all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any
of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds).

**5. ALT DESIGNATION:** ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

**☐6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]**

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s)**
[ADDITIONAL FEE]    [optional] ☐All Debtors ☐Debtor 1 ☐Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
[58186239]

**FILING OFFICE COPY**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "2"

[Proposed Interim Order]

1  JULIET Y. OH (SBN 211414)
   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
2  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
3  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
4  Email: JYO@LNBYB.com
5
   Proposed Attorneys for Chapter 11 Debtor
6  and Debtor-in-Possession
7
8              **UNITED STATES BANKRUPTCY COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10                **LOS ANGELES DIVISION**
11

| 12 | In re | ) | Case No. 2:18-bk-20836-SK |
|----|-------|---|---------------------------|
| 13 | SARAH ZONE, INC., | ) | Chapter 11 |
| 14 | a California corporation, | ) | |
| 15 | Debtor and Debtor-in-Possession. | ) | **INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER, PENDING A FINAL HEARING, AUTHORIZING THE DEBTOR TO: (A) USE CASH COLLATERAL; AND (B) BORROW MONEY FROM INSIDER TAE HYUN YOO ON AN ADMINISTRATIVE EXPENSE PRIORITY BASIS** |
| 16 | | ) | |
| 17 | | ) | |
| 18 | | ) | |
| 19 | | ) | |
| 20 | | ) | |
| 21 | | ) | |
| 22 | | ) | Date:<br>Time: |
| 23 | | ) | Courtroom:    1575 |
| 24 | | ) | Location:    255 E. Temple Street<br>                Los Angeles, California |
| 25 | | ) | |
| 26 | | ) | |

27
28

1

1    A hearing was held on September ___, 2018 at ____.m., before the Honorable Sandra R.

2  Klein, United States Bankruptcy Judge for the Central District of California, Los Angeles

3  Division, in Courtroom "1575" located at 255 E. Temple Street, Los Angeles, California 90012,

4  to consider the motion (the "Motion") filed by Sarah Zone, Inc., a California corporation and the

5  debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case (the

6  "Debtor"), for the entry of an interim order, pending a final hearing, authorizing the Debtor to:

7  (A) use cash collateral in accordance with the Debtor's proposed operating budget for the period

8  through and including January 5, 2019 (the "Budget"), a copy of which is attached as Exhibit

9  "A" to the Omnibus Declaration of Tae Hyun Yoo filed concurrently with the Motion; and (B)

10  borrow money on an administrative expense priority basis from Tae Hyun Yoo, who is the

11  founder and President of the Debtor and is therefore an insider of the Debtor, to cover the

12  payment of any operating shortfalls reflected in the Budget.

13    The Court, having considered the Motion and all papers filed by the Debtor in support of

14  the Motion, proper and adequate notice of the Motion and the hearing on the Motion having been

15  provided, finding that the relief requested in the Motion is necessary to avoid immediate and

16  irreparable harm, and other good cause appearing therefor,

17    IT IS HEREBY ORDERED AS FOLLOWS:

18    A.    The Motion is granted on an interim basis.

19    B.    The Debtor is authorized to use cash collateral, on an interim basis pending a final

20  hearing, to pay (i) all of the expenses set forth in the Budget, with authority to deviate from the

21  line items contained in the Budget by up to 20%, on both a line item and aggregate basis, with

22  any unused portions to be carried over into the following week(s) and (ii) all quarterly fees

23  owing to the Office of the United States Trustee and all expenses owing to the Clerk of the

24  Bankruptcy Court.

25  ///

26  ///

27

28

C.    As adequate protection to Open Bank, Chong Taek Lee, and Tae Hyun Yoo and Susan Yoo (collectively, the "<u>Secured Parties</u>") on account of the Debtor's use of cash collateral, the Secured Parties shall be granted valid, enforceable, non-avoidable and fully perfected replacement liens on, and security interests in, the Debtor's post-petition assets ("<u>Replacement Liens</u>"), to the extent of any diminution in value of such Secured Parties' interests in the Debtor's pre-petition collateral, and to the same extent, validity, scope and priority of their pre-petition liens.

D.    The Debtor is authorized to borrow money on an administrative expense priority basis from Tae Hyun Yoo, in an amount up to $350,000, to cover any operating shortfalls reflected in the Budget.

E.    A final hearing regarding the Motion will be held on _____, 2018 at _____.m.

<u>IT IS SO ORDERED.</u>

###

3